```
CHANCE DUSTIN SIMS          CHANCELLOR INC              FIRST STATE BANK
440 OLD HWY 15 S            1228 W 5TH ST               P.O. BOX 506
ELLISVILLE, MS 39437        LAUREL, MS 39440            WAYNESBORO, MS 39367

THOMAS C. ROLLINS, JR.      CHASE CARD SERVICES         GILKEY ELECTRIC
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY            1300 W PINE ST
P.O. BOX 13767              PO BOX 15299                HATTIESBURG, MS 39401
JACKSON, MS 39236           WILMINGTON, DE 19850

ABERCROMBIE UNDERGROUN      CITIBANK                    GIN CREEK PUBLISHING
304 N 2ND ST                ATTN: BANKRUPTCY DEPT       318 N MAGNOLIA ST
LUMBERTON, MS 39455         P.O.BOX 790046              LAUREL, MS 39440
                            ST. LOUIS, MO 63179

ALAN COOPER                 COBURN SUPPLY CO            HARLEY DAVIDSON FIN
18219 GROVE BROOK LN        PO BOX 99001                ATTN: BANKRUPTCY
CYPRESS, TX 77429           DENHAM SPRINGS, LA 70727    PO BOX 22048
                                                        CARSON CITY, NV 89721

ALEXIS EDDY                 COMMUNITY BANK              HODA GENERATORS
977 SPRINGHILL RD           PO BOX 59                   640 BIG CREEK RD
LAUREL, MS 39443            FOREST, MS 39074            LUMBERTON, MS 39455

AMEX                        DISCOVER FINANCIAL          INTERNAL REVENUE SERVI
BANKRUPTCY                  ATTN: BANKRUPTCY            CENTRALIZED INSOLVENCY
PO BOX 981535               PO BOX 30943                P.O. BOX 7346
EL PASO, TX 79998           SALT LAKE CITY, UT 84130    PHILADELPHIA, PA 19101-7346

CAPITAL ONE                 DLL FINANCE LLC             INTERNAL REVENUE SERVI
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            C/O US ATTORNEY
PO BOX 30285                8001 BIRCHWOOD CT           501 EAST COURT ST
SALT LAKE CITY, UT 84130    PO BOX 2000                 STE 4.430
                            JOHNSTON, IA 50131          JACKSON, MS 39201

CED HOUSTON                 FARM BUREAU BANK            KYLE TAYLOR
PO BOX 206839               ATTN: BANKRUPTCY DEPT       28 TAYLORS CIR
DALLAS, TX 75320            P.O. BOX 33427              LAUREL, MS 39443
                            SAN ANTONIO, TX 78265

CENLAR MORTGAGE             FIRST SOURCE ADVANTAGE      LINCOLN AUTOMOTIVE FIN
1500 VANDIVER DR            P.O. BOX 628                ATTN: BANKRUPTCY
COLUMBIA, MO 65202          BUFFALO, NY 14240-0628      P.O. BOX 542000
                                                        OMAHA, NE 68154
```

```
MCKENZIE ROZEK              SAMSON SERVICES
368 COUNTY HOME RD          17 STATE ST
ELLISVILLE, MS 39464        STE 630
                            NEW YORK, NY 10004


MS DEPT OF REVENUE          SUNBELT RENTALS
BANKRUPTCY SECTION          P. O. BOX 409211
PO BOX 22808                ATLANTA, GA 30384
JACKSON, MS 39225-2808


PARROT SURETY SERVICES      TAYLOR CONSTRUCTION
1710 N DOUGLAS DR           28 TAYLORS CIR
MINNEAPOLIS, MN 55422       LAUREL, MS 39443


PROGRESSIVE TECH            TAYLOR DEARMAN
3750 OLD GETWELL            46 LAKE COMO RD
MEMPHIS, TN 38118           LAUREL, MS 39443


PULSE ELECTRIC, LLC         TD AUTO FINANCE
250 VICTORY RD              ATTN: BANKRUPTCY
LAUREL, MS 39443            PO BOX 9223
                            FARMINGTON HILLS, MI 48333


REBEL SOUND                 TOYOTA FINANCIAL SERV
PO BOX 935434               ATTN: BANKRUPTCY
ATLANTA, GA 31193           PO BOX 22171
                            TEMPE, AZ 85285


RENASANT BANK               US ATTORNEY GENERAL
6480 HWY 98 W               US DEPT OF JUSTICE
HATTIESBURG, MS 39402       950 PENNSYLVANIA AVENW
                            WASHINGTON, DC 20530-0001


RENASANT BANK               WELLS FARGO
411 HWY 80 E                800 WALNUT
CLINTON, MS 39056           DES MOINES, IA 50309


RENT ALL OF LAUREL
1518 BUSH DAIRY RD
LAUREL, MS 39440
```