United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 26-50207-KMS
Chance Dustin Sims  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Feb 09, 2026      Form ID: 309B      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chance Dustin Sims, 440 Old Hwy 15 S, Ellisville, MS 39437-4479 |
| 5621922 | + | Abercrombie Undergroun, 304 N 2nd St, Lumberton, MS 39455-2508 |
| 5621923 | + | Alan Cooper, 18219 Grove Brook Ln, Cypress, TX 77429-4993 |
| 5621924 | + | Alexis Eddy, 977 Springhill Rd, Laurel, MS 39443-8980 |
| 5621927 | + | CED Houston, PO Box 206839, Dallas, TX 75320-6839 |
| 5621928 | + | Cenlar Mortgage, 1500 Vandiver Dr, Columbia, MO 65202-3932 |
| 5621929 | + | Chancellor Inc, 1228 W 5th St, Laurel, MS 39440-3808 |
| 5621932 | + | Coburn Supply Co, PO BOX 99001, Denham Springs, LA 70727-9001 |
| 5621938 | + | First State Bank, P.O. Box 506, Waynesboro, MS 39367-0506 |
| 5621939 | + | Gilkey Electric, 1300 W Pine St, Hattiesburg, MS 39401-6338 |
| 5621940 | + | Gin Creek Publishing, 318 N Magnolia St, Laurel, MS 39440-3932 |
| 5621942 | + | Hoda Generators, 640 Big Creek Rd, Lumberton, MS 39455-5856 |
| 5621945 | + | Kyle Taylor, 28 Taylors Cir, Laurel, MS 39443-9515 |
| 5621947 | + | McKenzie Rozek, 368 County Home Rd, Ellisville, MS 39437-8450 |
| 5621949 | + | Parrot Surety Services, 1710 N Douglas Dr, Minneapolis, MN 55422-4327 |
| 5621950 | + | Progressive Tech, 3750 Old Getwell, Memphis, TN 38118-6032 |
| 5621951 | + | Pulse Electric, LLC, 250 Victory Rd, Laurel, MS 39443-9569 |
| 5621952 | + | Rebel Sound, PO Box 935434, Atlanta, GA 31193-5434 |
| 5621953 | | Renasant Bank, 6480 Hwy 98 W, Hattiesburg, MS 39402 |
| 5621954 | + | Renasant Bank, 411 Hwy 80 E, Clinton, MS 39056-4719 |
| 5621955 | + | Rent All of Laurel, 1518 Bush Dairy Rd, Laurel, MS 39440-1313 |
| 5621956 | + | Samson Services, 17 State St, Ste 630, New York, NY 10004-1749 |
| 5621958 | + | Taylor Construction, 28 Taylors Cir, Laurel, MS 39443-9515 |
| 5621959 | + | Taylor Dearman, 46 Lake Como Rd, Laurel, MS 39443-8753 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Feb 09 2026 19:31:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: QDAHENDERSON.COM | Feb 10 2026 00:33:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Feb 09 2026 19:31:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5621925 | + | Email/PDF: bncnotices@becket-lee.com | Feb 09 2026 19:45:40 | Amex, Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5621926 | + | EDI: CAPITALONE.COM | Feb 10 2026 00:30:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5621930 | + | EDI: JPMORGANCHASE | Feb 10 2026 00:30:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5621931 | + | EDI: CITICORP | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: 309B | Total Noticed: 46 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 10 2026 00:30:00 | Citibank, Attn: Bankruptcy Dept, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5621933 | + | Email/Text: jake.hughes@communitybank.net | Feb 09 2026 19:31:00 | Community Bank, PO Box 59, Forest, MS 39074-0059 |
| 5621934 | | EDI: DISCOVER | Feb 10 2026 00:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5621935 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Feb 09 2026 19:32:00 | DLL Finance LLC, Attn: Bankruptcy, 8001 Birchwood Ct, Po Box 2000, Johnston, IA 50131-0020 |
| 5621936 | + | Email/Text: bankruptcy@farmbureaubank.com | Feb 09 2026 19:32:00 | Farm Bureau Bank, Attn: Bankruptcy Dept, P.O. Box 33427, San Antonio, TX 78265-3427 |
| 5621937 | | Email/Text: crdept@na.firstsource.com | Feb 09 2026 19:31:00 | First Source Advantage, P.O. Box 628, Buffalo, NY 14240-0628 |
| 5621941 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 09 2026 19:31:00 | Harley Davidson Fin, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5621944 | + | Email/Text: ebone.woods@usdoj.gov | Feb 09 2026 19:31:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5621943 | | EDI: IRS.COM | Feb 10 2026 00:30:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5621946 | + | Email/Text: EBNBKNOT@ford.com | Feb 09 2026 19:31:00 | Lincoln Automotive Fin, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5621948 | | EDI: MSDOR | Feb 10 2026 00:33:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5621957 | + | Email/Text: Bankruptcy@SunbeltRentals.com | Feb 09 2026 19:31:00 | Sunbelt Rentals, P. O. Box 409211, Atlanta, GA 30384-9211 |
| 5621960 | + | EDI: LCITDAUTO | Feb 10 2026 00:30:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5621961 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 09 2026 19:31:00 | Toyota Financial Serv, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5621962 | ^ | MEBN | Feb 09 2026 19:30:20 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5621963 | + | EDI: WFAUTO | Feb 10 2026 00:30:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2026        Signature:     /s/Gustava Winters

Notice of Chapter 7 Bankruptcy Case – – Proof of Claim Deadline Set
**United States Bankruptcy Court Southern District of Mississippi**

*Information to identify the case:*

| | | | |
|---|---|---|---|
| Debtor 1 | **Chance Dustin Sims** | Social Security number or ITIN | xxx–xx–4040 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi | | | |
| Case number: 26–50207–KMS | | Date case filed for chapter 7 | 2/9/26 |

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Chance Dustin Sims | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 440 Old Hwy 15 S<br>Ellisville, MS 39437 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Derek A Henderson T1<br>1765–A Lelia Drive<br>Suite 103<br>Jackson, MS 39216 | Contact phone 601–948–3167<br>Email trustee@derekhendersonlaw.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors)    **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set (12/15)**    page 1

Debtor **Chance Dustin Sims**  Case number **26−50207−KMS**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse 2012 15th Street, Suite 244 Gulfport, MS 39501 | **Office Hours:** **Monday − Friday 8:00 AM − 5:00 PM** **Contact phone: 228−563−1790** **Date: 2/9/26** |
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 18, 2026 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Derek A Henderson T1 Zoom video meeting. Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709 , OR call 769−219−3337.** **For additional meeting information go to www.justice.gov/ust/moc** |
| **8.** **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/18/26** |
| | **Deadline for all creditors to file a proof of claim:** (except governmental units) **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/20/26** **Filing deadline: 8/10/26** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors)    **Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set (12/15)**    page **2**