# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# GULFPORT DIVISION

IN RE:

    CHANCE DUSTIN SIMS                     CASE NO.  26-50207-KMS
                                                                               CHAPTER 7

    Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of Evans Petree PC will represent the interests of TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank") in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

    Jacob Zweig, Esq.
    Evans Petree PC
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN  38120

                                              /s/ Jacob Zweig
                                              Jacob Zweig, Esq. (MS Bar No. 104725)
                                              Evans Petree PC
                                              Attorneys for TD Bank
                                              1715 Aaron Brenner Drive, Suite 800
                                              Memphis, TN  38120
                                              (901) 525-6781 telephone
                                              (901) 374-7486 fax
                                              jzweig@evanspetree.com

<u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that on the 17th day of February, 2026, a copy of the foregoing electronically filed Notice was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Thomas Carl Rollins, Jr
P.O. Box 13767
Jackson, MS  39236

Chance Dustin Sims
440 Old Hwy 15 S
Ellisville, MS  39437

Derek A. Henderson T1
Chapter 7 Trustee
1765-A Lelia Drive
Suite 103
Jackson, MS  39216

        /s/ Jacob Zweig_____
        Jacob Zweig
        Evans Petree PC