2/11/26, 12:54 PM                           2024 Ram 2500 Crew Cab Laramie Pickup 4D 6 1/3 ft Price, Listings & Reviews | Kelley Blue Book

Cars For Sale | Pricing | **Depreciation** | Reviews | Safety | Compare | See Cars for Sale

*Advertisement*

# Used 2024 Ram 2500 Crew Cab Laramie Pickup 4D 6 1/3 Ft

**Ellisville, MS 39437**   See Trade-in Value

Edit Options   Mileage: 50,657

4.5 ★ Expert   3.9 ★ Consumer   Write a Review

♡ Save This Car



View Gallery

## For Sale Near You   50 Ram 2500 Crew Cab vehicles in your area.

| USED 2024 | CERTIFIED 2024 | USED 2024 |
|---|---|---|
| **Used 2024 RAM 2500 Laramie W/ Sunroof** | **Used 2024 RAM 2500** | **Used 2024 RAM 2500 Big Horn** |
|  |  | |
| $66,900 | $66,899 | $47,995 |
| Kim's Toyota CDJR | Kim's Toyota CDJR | Cannon Chevrolet Nissan of Laurel |
| Confirm Availability ✉ | Confirm Availability ✉ | Confirm Availability ✉ |

Create a free account for quicker access to saved cars, recall alerts and more. Close

USED 2024
**Used 2024 RAM 2500 Limited**

*Advertisement*

https://www.kbb.com/ram/2500-crew-cab/2024/laramie-pickup-4d-6-1-3-ft/?category=pickup&color=black&condition=very-good&intent=buy-used&mile…   1/8

See Cars for Sale



$78,990

Woolwine Chrysler Dodge Jeep Ram Inc

Confirm Availability ✉

View More

Ram 2500 Crew Cab vehicles for sale near you.                    See Cars for Sale

## Pricing



ⓘ What is Certified Pre-Owned (CPO)?

Fair Market Range (CPO)
$50,030 - $55,030
Fair Purchase Price (CPO)
$52,530

Typical Listing Price (CPO)
$53,140

ⓘ Important Info & Definitions

Buy
Certified from a Dealer ⌄

Valid for ZIP Code 39437 through 2/11/2026

Buy Cars Online. No Hassle.

Verified buyers get a clean title every time. Verified sellers get secure payment. Both save time.

Shop Verified Vehicles

Get Local Price Quotes

Advertisement

See Cars for Sale

Sign up for Pricing Updates

## Certified Pre-Owned Price Quote

Email Address

**Compare prices from three local dealers.**

Sign Up

Get the best deal on a certified pre-owned car!   Change ZIP Code

2024 Ram 2500 Crew Cab
Big Horn Pickup 4D 6 1/3 ft
Change Vehicle

**Kim's Toyota CDJR**
1030 Highway 15 N
Laurel, MS 39440
8 miles away

Get My Free Quotes

Advertisement

Advertisement

See Cars for Sale



## 2024 Ram 2500 Crew Cab Laramie Pickup 4D 6 1/3 Ft
# Depreciation

A 2024 Ram 2500 Crew Cab Laramie Pickup 4D 6 1/3 ft has depreciated $26,795 or 35% in the last 2 years and has a current resale value of $48,800 and trade-in value of $45,700.ⓘ

Login or create a new account to see your vehicle depreciation forecast data.



2024 Ram 2500 Crew Cab Laramie Pickup 4D 6 1/3 ft

**Compare Up To 3 Vehicles By Logging In.**                                     Log In / Sign Up

See Cars for Sale

| Year | | | |
|---|---|---|---|
| 2024 | - | $75,595 | $75,595 |
| 2025 | $19,538 | $56,057 | $52,219 |
| Now | $7,257 | $48,800 | $45,700 |



Unlock Forecast

2-Year Forecasted Depreciation

*Depreciation for the last 12 months of the private party resale value.

## 2024 Ram 2500 Crew Cab Laramie Pickup 4D 6 1/3 Ft Depreciation

Annual Depreciation is an estimation of what your vehicle's value might be over time based on an average of similar vehicles. Estimations are calculated by comparing Kelley Blue Book Private Party Values of vehicles similar to yours over time, as well as forecasts from Manheim Auction data comparing current and projected auction values against current Kelley Blue Book Private Party and Trade-In Values. This is not a guarantee of actual depreciation. Local weather conditions, market factors and driver performance will also impact your vehicle's actual depreciation.

Is this information helpful?             Learn More About 2024 Ram 2500 Crew Cab Depreciation →

**Already Own This Car?**

Get My Car's Value →

See Cars for Sale

 Calculate Your Budget With These KBB.com Tools

Car Financing 101 →        Car Loan Calculator →        Car Lease Calculator →        Car Affordability Calculator →

# Next Steps to Buying Smart



Sponsored by Experian

### Get Your FICO® Score

Sign Up For Free With Experian

Get Started →

Sponsored by Carchex

### Extended Auto Warranty

Get a free auto warranty quote

See Cars for Sale



Don't buy a car with unseen problems. Get a full history report and be confident in your purchase.

Get A Report

Sponsored By  experian. AutoCheck. Offered by Kelley Blue Book.

# 2024 Ram 2500 Crew Cab KBB.com Review

## 4.5  Kbb.com Expert Rating

**You'll Like This Car If…**

Monster towing capabilities. Remarkably civilized cabin. Lavish upper trims.

**You May Not Like This Car If…**

Unwieldy size. Limited safety tech.

Read Full Review →

# 2024 Ram 2500 Crew Cab KBB.com Consumer Reviews

## 3.9  Consumer Rating   31 ratings

| | | | | |
|---|---|---|---|---|
| Value | 4.1 | Performance | 4.0 |
| Quality | 4.2 | Comfort | 4.4 |
| Reliability | 4.0 | Styling | 4.3 |

See More Reviews →

Advertisement

See Cars for Sale

- Child Door Locks
- Child Seat Anchors
- Driver Airbag
- Passenger Airbag
- Stability Control
- Traction Control
- Blind-Spot Alert
- Collision Warning System

- Front Head Curtain Airbag
- Front Side Airbag
- Lane Departure Warning System
- Rear Head Curtain Airbag
- Rear Parking Sensors
- Rear View Camera
- Surround View Camera

## 4.0 Crash Test Rating

Provided by the National Highway Traffic Safety Administration

| Frontal Crash | Side Barrier |
| --- | --- |
| 4.0 | 5.0 |
| Rollover Rating | Side Crash |
| 3.0 | 5.0 |

## Compare to Similar Vehicles

| |  |  |  |  |
| --- | --- | --- | --- | --- |
| | Used 2024<br>**Ram 2500 Crew Cab Laramie Pickup 4D 6 1/3 Ft** | Used 2024<br>**Chevrolet Silverado 1500**<br>See Details | Used 2024<br>**Toyota Tundra**<br>See Details | Used 2024<br>**Nissan TITAN XD**<br>See Details |
| **Price** | $51,100 | $44,000 ✓ | $50,300 | $50,100 |
| **KBB.com Rating** | 4.5 ✓ | 4.3 | 4.1 | 3.8 |
| **Consumer Rating** | 3.9 | 3.8 | 3.4 | 4.4 ✓ |
| **Fuel Economy** | N/A | City 18/Hwy 21/Comb 19 MPG ✓ | City 17/Hwy 22/Comb 19 MPG | City 15/Hwy 21/Comb 17 MPG |
| **Fuel Type** | Diesel | N/A | N/A | N/A |

Advertisement

See Cars for Sale



**Used 2024**
**Ram 2500 Crew Cab Laramie Pickup 4D 6 1/3 Ft**



**Used 2024**
**Chevrolet Silverado 1500**



**Used 2024**
**Toyota Tundra**



**Used 2024**
**Nissan TITAN XD**

See Details             See Details             See Details

## Other 2024 Ram 2500 Crew Cab Trims

2024 Ram 2500-Crew-Cab Big Horn Pickup 4D 8 Ft

2024 Ram 2500-Crew-Cab Laramie Longhorn Pickup 4D 6 1/3 Ft

2024 Ram 2500-Crew-Cab Laramie Longhorn Pickup 4D 8 Ft

2024 Ram 2500-Crew-Cab Laramie Pickup 4D 6 1/3 Ft

2024 Ram 2500-Crew-Cab Laramie Pickup 4D 8 Ft

2024 Ram 2500-Crew-Cab Limited Pickup 4D 6 1/3 Ft

2024 Ram 2500-Crew-Cab Limited Pickup 4D 8 Ft

2024 Ram 2500-Crew-Cab Lone Star Pickup 4D 6 1/3 Ft

2024 Ram 2500-Crew-Cab Lone Star Pickup 4D 8 Ft

2024 Ram 2500-Crew-Cab Power Wagon Pickup 4D 6 1/3 Ft

2024 Ram 2500-Crew-Cab Rebel Pickup 4D 6 1/3 Ft

2024 Ram 2500-Crew-Cab Tradesman Pickup 4D 6 1/3 Ft

2024 Ram 2500-Crew-Cab Tradesman Pickup 4D 8 Ft

FAQ   |   Contact Us   |   Privacy Notice   |   Do Not Sell or Share My Personal Information   |   Limit the Use of My Sensitive Personal Information

|   Manage Cookies   |   About Us   |   Careers   |   Corporate   |   Marketing and Advertising Solutions   |   Media   |   Site Map   |

KBB Brazil   |   KBB Canada

© 1995-2026 Kelley Blue Book Co.®, Inc. All rights reserved.   Copyrights & Trademarks   |   Vehicle Photos © Evox Images   |   Terms of Service   |   Linking Policy   |   Accessibility Statement

Advertisement