MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Chance Dustin Sims                           Case No.: 26-50207-KMS

_____
Debtor(s)                                            Chapter: 7

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, TD Bank, N.A._____, a
[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

[                                                                                   ]

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 02/13/2026            /s/ Jacob Zweig
                            Attorney Signature

                            Jacob Zweig                    104725
                            Attorney Name                  State Bar Number

                            1715 Aaron Brenner Drive, Suite 800
                            Address

                            Memphis, TN 38120
                            City, State, and Zip Code

                            (901) 271-0726        jzweig@evanspetree.com
                            Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**