

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: February 18, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    CHANCE DUSTIN SIMS                        CASE NO. 26-50207 KMS

    DEBTOR .                                       CHAPTER 7

### ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by TD Bank, NA (the "Motion") (Dkt. #12) in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that any stay provided by 11 U.S.C. §362 is hereby extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##