**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
Chance Dustin Sims,                                                                                      **CHAPTER 7**
    Debtor                                                                              **CASE NO.: 26-50207-KMS**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY,**
**TO ABANDON PROPERTY AND OTHER RELIEF**

    **COMES NOW**, Farm Bureau Bank ("Movant") a secured creditor herein, pursuant to 11 U.S.C. §§ 362 and 554(b) and moves for relief from the automatic stay, for abandonment and for other relief, and in support would show unto the Court the following:

1. Movant holds a claim against the Debtor which is secured by the following:

    A. a 2022 Ram 1500, VIN: 1C6RR6FT1NS217982, copies of the contract and the State of Mississippi Certificate of Title for a vehicle are attached hereto as Exhibits "A" and "B" ("Vehicle 1"); and

    B. a 2022 Ram 1500, VIN: 1C6RREMT5NN393462, copies of the contract and the State of Mississippi Certificate of Title for a vehicle are attached hereto as Exhibits "C" and "D" ("Vehicle 2").

[Vehicle 1 and Vehicle 2 collectively referred to herein as the "Vehicles"].

2. The value of Vehicle 1 is approximately $25,000.00 based on ninety percent of the NADA retail value, and Debtor owes Movant the total debt of approximately $25,437.98.

3. The value of Vehicle 2 is approximately $28,000.00 based on ninety percent of the NADA retail value, and Debtor owes Movant the total debt of approximately $31,145.01.

4. Upon information and belief, the Debtor plans to abandon and surrender the Vehicles.

5. Movant has not been provided adequate protection with respect to its claim secured by the Vehicles.

6. Good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the Vehicles to be abandoned.

7. Movant requests that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived and that the order granting this Motion be effective immediately upon entry. Good cause exists for this waiver due to continued accrual of an increasing debt arrearage and ongoing violation of Movant's contractual rights.

**WHEREFORE**, Movant requests an order for relief from the automatic stay and to abandon property pursuant to 11 U.S.C. §§ 362 and 554, to terminate any other restraint against Movant exercising its rights as to its collateral and authorize Movant to take possession, sell, lease, or otherwise dispose of the Vehicles, and to waive the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3). Movant prays for such other and general relief as this Court may deem just.

              Respectfully submitted,

              **BENNETT LOTTERHOS SULSER**
              **& WILSON, P.A.**

              /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER & WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:   (601) 944-0466
Facsimile:   (601) 944-0467
cbarbour@blswlaw.com

## **CERTIFICATE OF SERVICE**

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Derek A. Henderson at d_henderson@bellsouth.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Chance Dustin Sims
440 Old Hwy 15 S
Ellisville, MS  39437

/s/ Charles Frank Fair Barbour