

# BUSINESS LOAN AGREEMENT
## Guaranty and Security Agreement

The parties and their addresses are:

**LENDER:**
Farm Bureau Bank FSB
P.O. Box 33427
San Antonio, TX 78265-3427
Telephone: 1.800.492.3276

**BORROWER:**
PULSE ELECTRIC, LLC
212 CENTRAL AVENUE
LAUREL, MS 39440

**LOAN NUMBER:** [redacted]
**LOAN DATE:** 10/5/2022

**Your Interest Rate:** 8.2%

The pronouns "you" and "your" refer to each Borrower obligated under this Business Loan Agreement with Guaranty and Security Agreement ("Loan Agreement"), individually and together with their heirs, successors and assignees, and each other person or legal entity who agrees to pay this Loan Agreement. "Farm Bureau Bank," "we," "us" and "our" refer to Farm Bureau Bank FSB, with its participants or syndicates, successors and assignees, any person or company that acquires an interest in the loan made under this Loan Agreement ("Loan"), and any other holder of this Loan Agreement. "Collateral" means the collateral described below or any other property that secures your performance of the obligations of this Loan Agreement. "Loan Application" means the loan application submitted by you to Farm Bureau Bank in connection with this Loan Agreement.

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENT | AMOUNT FINANCED | MATURITY DATE |
|---|---|---|---|
| 74 | $ 726.05 | $ 42,033.40 (e) | 2/15/2029(e) |
| 1 | $ 726.05*(e) | | |

**Prepayment:** If you pay off early, you may have to pay a penalty.
**Security:** You are giving a security interest in: 2022 Ram 1500 Classic 4x2 Quad Cab 6ft4" Box 1C6RR6FT2NS215268

**Filling Fee:** $ 75.00
**Late Charge:** If a payment is received more than 10 days late, you will be charged 5.00% of the Payment Amount ($35 minimum, $100 maximum) as a late charge, but only once for each late payment.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.
(e) means an estimate.

**Estimated and Final Disclosures:** Each of the disclosures of the following items listed above are estimates. Finance Charge, Amount Financed, Total of Payments, and the Maturity Date stated in the payment schedule; these items are estimated because we do not know at this time when you will finalize the purchase of your collateral or the final amount of the Loan that you will receive from us to finance that purchase and the purchase of any other property or products.

**LOAN AMOUNT; Signing the Funding Form:** When you finalize the purchase of your collateral, you will be required to sign and complete the Funding Form that shows your "Amount to Seller," which is the amount of the Loan that you will be obtaining from us for the purchase of your collateral and other property from the Seller, as well as a description of the specific motor vehicle or other property that will be Collateral for your Loan. Your total "Loan Amount" will equal the Amount to Seller plus any amounts you agree to pay for Major Mechanical Protection and Guaranteed Asset Protection as specified below, and the date you finalize the purchase of your motor vehicle will be used to prepare a final, non-estimated Truth in Lending Disclosure that we will send to you. By signing the Funding Form, you will be agreeing to the Loan Amount and that that motor vehicle and other property or products you are purchasing constitutes Collateral.

**SECURITY INTEREST:** As security for payment and performance of all obligations under this Loan Agreement and extensions and renewals thereof, you grant Farm Bureau Bank a security interest in the collateral described as collateral in the Funding Form that you sign, together with all accessions and other included parts and accessories, any and [all collateral protection products] or service contracts relating to such collateral, and in the proceeds of any of the foregoing, which security interest secures all sums which may become due under this Loan Agreement as well as any modifications, extensions, renewals, amendments, or refinancing of this Loan Agreement. You agree to immediately cause Farm Bureau Bank to be named as the only lien holder on any certificate of title relating to the Collateral and that Farm Bureau Bank may hold the certificate of title until all amounts owed under this Loan Agreement are paid. You agree to pay all fees associated with the security interest and lien perfection of your collateral, which may include, taxes, fees and penalties without limit.

**PROMISE TO PAY:** For value received, you promise and agree, upon signing this Loan Agreement and/or the Funding Form (see above), to pay to the order of Farm Bureau Bank, a Federal savings bank, its successors and assignees, pursuant to this Loan Agreement, at Farm Bureau Bank's Operation Center mailing address of P.O. Box 33427, San Antonio, Texas, 78265-3427, in lawful money of the United States of America, the principal sum consisting of the Loan Amount and interest each day on all unpaid principal from the date your Loan is funded ("Loan Date") until paid. The Loan will be considered funded when this Loan Agreement is accepted by Farm Bureau Bank and the Loan proceeds are paid out. Any amount assessed or collected as interest under the terms of this Loan Agreement will be limited to the maximum lawful amount of interest allowed by state or federal law, whichever is greater.

**PAYMENTS:** The principal and interest of this Loan are due and payable in monthly installments of $ 726.05 (the "Payment Amount"), beginning on 12/15/2022, and thereafter on the same day or if such day is not banking business day, on the next banking business day. On the final payment date (the "Maturity Date"), all principal, fees and interest remaining unpaid shall be immediately due and payable. The Payment Amount shall be in an amount sufficient to fully amortize the Loan Amount over the period commencing on the first payment due date and ending on the Maturity Date, using the actuarial

1 of 4    IP_2C_LoanAgreementFunding                        Initial(s) _C.S_                L_BLA_09.27.21

method and an Annual Percentage Rate of 8.262 % (the "Annual Percentage Rate")(computed on the basis of a 365 or 366-day year, as applicable, actual days elapsed). Each payment received shall be credited first to interest, then to any applied third-party payments, then to scheduled principal, then to fees due, and the remainder to unscheduled principal. Payments made prior to scheduled payment due dates will advance the payment due date up to two (2) months. Any additional payments will be applied to fees due (if applicable) then principal and will not advance the payment due date. Partial payments will be applied at our discretion unless prior arrangements are made with Farm Bureau Bank. A payment shall not be considered to have been made until the payment is received either pursuant to Farm Bureau Bank's Automated payment option or at an address so designed by Farm Bureau Bank.

**SIMPLE INTEREST CONTRACT:** This is a simple interest contract. The finance charge is calculated each day based on the unpaid principal balance of the Loan using the Annual Percentage Rate. Because of this daily calculation the finance charge may vary depending on the date which your payments are received by Farm Bureau Bank. Any variance in the rates could affect the Payment Amount of your final payment(s). For example, early payments would act to reduce the Payment Amount of your final payment(s) because there would be less finance charges accrued on your Loan, while late payments would act to increase the Payment Amount of your final payment because more would be accrued on your Loan. The Payment Amount of your final payment will also vary depending on the number of days prior to your first payment due date. The number of days to your first payment due date will be somewhere within 90 days of the date you sign this Loan Agreement, depending on the Loan Date and the payment due date that you selected in your Loan Application. A shorter period before your first payment due date will result in a smaller Payment Amount of your final payment(s), because less finances charges will accrue on your Loan.

**LATE CHARGES AND RETURNED PAYMENT CHARGES:** In addition to interest or other finance charges, you agree that you will pay the following additional fees based on your method and pattern of payment. If a payment is received more than 10 days late, you will be charged 5.00% of the required Payment Amount ($35 minimum and $100 maximum) as a **Late Charge**, which you agree to pay promptly, but only once for each late payment. You also agree to pay a fee not to exceed $20.00 for each check, negotiable order of withdrawal or draft you issue in connection with this Loan that is returned because it has been dishonored.

**PREPAYMENT PENALTIES:** You may prepay this Loan in full or in part at any time. If you prepay in this Loan in full during the first 12 months from the Note Date, you will be subject to a prepayment penalty of $150.00. If you are a member of the Armed Forces or a dependent of a member of the Armed Forces, you may prepay this Loan in full or in part at any time and will not be required to pay a prepayment penalty.

**COVENANTS:** You covenant and agree with Farm Bureau Bank that, so long as this Loan Agreement is in effect:

(1) **Loan Purpose and Use of Proceeds:** This Loan is a Business loan transaction. You agree to use the proceeds of this Loan only for (i) refinancing of an existing loan, (ii) purchase of new or used Collateral from a dealer, or (iii) purchase of new or used Collateral from a private party (in the United States). Loan proceeds may also be used for other costs incurred in connection with the Collateral including tax, title, license, registration or lien filing fees, collateral protection products or extended warranty (service) contracts, and any other costs or fees normally associated with the Collateral. Disbursements for any other purpose must be pre-approved by Farm Bureau Bank prior to signing this Loan Agreement. Loan proceeds shall not be used for personal, family or household purposes.

(2) **Use of Collateral:** You agree that only you will be listed as guarantor(s) on the Collateral title, you will keep the Collateral free of all liens and taxes, and you will not use the Collateral or permit the Collateral to be used improperly, illegally or for hire. Collateral for one Loan may be used to secure any and all other obligations and accounts with Farm Bureau Bank, now and in the future.

(3) **Collateral Location:** You agree not to sell or transfer the Collateral or to remove the Collateral from the United States for more than 30 days without the prior written approval of Farm Bureau Bank and you will notify us immediately if you change your permanent address or the address of where the Collateral is regularly located. You agree to keep the Collateral property in your possession at your address.

(4) **Insurance:** You agree to maintain comprehensive insurance on the Collateral during the entire time that this Loan is outstanding. You agree to have Farm Bureau Bank named as loss payee under any such insurance policy. You agree to immediately send copies of all insurance policies on the Collateral to Farm Bureau Bank if so requested by us. If you fail to keep the Collateral insured, Farm Bureau Bank may obtain insurance to protect its interest in the Collateral. This insurance may include coverage not originally required of you, and the insurance may be written by a company other than one you would choose and may be at a higher rate than you could obtain if you purchased the insurance.

(5) **Express Consent to Contact You:** By providing Farm Bureau Bank with your telephone number, mobile phone number, number of any other wireless device, or email address, you expressly consent to receive calls and/or email notification from Farm Bureau Bank to include reminders, offers, products and services. These calls may use an automatic telephone dialing system, prerecorded messages, artificial voice messages calls, or text messages. Farm Bureau Bank may use your email to communicate with you, to send information that you may have requested, and to send additional loan documentation and other products or services provided by Farm Bureau Bank. This express consent applies to each telephone number or email address that you provide to us now or in the future and permits such calls or emails regardless of their purpose. These calls and messages may incur access fees from your cellular provider. You further agree that in a regular course of our business we may monitor, and record phone calls conversations made or received by our employees or our agents. Similarly, we may monitor and record e-mail or conversations on our website between you and our employee or agents. We may contact you by telephone or connection with the account directly through an agent-for example, to collect amounts owed on the account, to notify you or potential fraudulent transaction on your account or for other accounts servicing purpose.

**DEFAULT:** You will be in default if any of the following events (known separately and collectively as an "Event of Default") occur:

(1) **Payments.** You fail to make a payment in full when due.
(2) **Insolvency or Bankruptcy.** The death, dissolution or insolvency of, appointment of a receiver by or on behalf of, application of any debtor relief law, the assignment for the benefit of creditors by or on behalf of, the voluntary or involuntary termination of existence by, or the commencement of any proceeding under any present or future federal or state insolvency, bankruptcy, reorganization, composition or debtor relief law by or against you or any joint applicant or guarantor of this Loan Agreement or any other obligations you have with us.
(3) **Judgment.** You fail to satisfy or appeal any judgment against you.
(4) **Forfeiture.** The Collateral property is used in a manner or for a purpose that threatens confiscation by a legal authority.
(5) **Failure to Perform.** You fail to perform any condition or to keep any promise or covenant of this Loan Agreement, including without limitation your agreement to cause Farm Bureau Bank to be named as sole lien holder on the certificate of title relating to the Collateral.
(6) **Other Documents.** A default occurs under the terms of any other agreement or document evidencing, securing, or otherwise relating to this Loan Agreement (the "Loan Documents").
(7) **Other Agreements.** You are in default on any other debt or agreement you have with us.
(8) **Misrepresentation.** You make any oral or written statement or provide any financial information that is untrue, inaccurate, or conceals a material fact at the time it is made or provided.
(9) **Property Transfer.** You transfer all or a substantial part of your money or property.
(10) **Insecurity.** We determine in good faith that a material adverse change has occurred in your financial condition from the conditions set forth in your most recent financial statement before the date of this Loan Agreement or that the prospect for payment or performance of the Loan is impaired for any reason.

(11) **Business Termination.** You merge, dissolve, reorganize, end your business or existence, or a partner or majority owner dies or is declared legally incompetent.
(12) **New Organizations.** Without our written consent, you merge into, or consolidate with an entity; you acquire all or substantially all of the assets of another entity; you materially change your legal structure, management, ownership or financial condition; or you effect or enter a domestication, conversion or interest exchange.
(13) **Name Change.** You change your name or assume an additional name without notifying us before making such change.
(14) **Failure to Pay Any Farm Bureau Bank Obligation:** You fail to make a payment in full when due on any other Farm Bureau Bank obligation, and such principal and/or interest due remains unpaid for more than ten (10) days after the due date.

**REMEDIES FOR DEFAULT:** If you are in default under this Loan Agreement, we may demand immediate payment of all amounts owed under this Loan Agreement, repossess the Collateral with the requisite legal notice, and, if you fail to redeem the Collateral as permitted by and under the terms of applicable law, sell the Collateral at a public or private sale, applying all proceeds from the sale to your obligation after deducting the costs of repossession, repair, storage and sale to the extent permitted by law, and file suit for or otherwise pursue collection from you of all remaining unpaid sums. If any funds remain after applying the net sale proceeds to your obligation, such funds shall be refunded to you. In the event of repossession, sale or legal action, you agree to pay any costs of collection including attorney's fees and court costs to the extent permitted by law.

**WAIVERS AND CONSENTS:** To the extent not prohibited by law, you waive protest, presentment for payment, demand, notice of acceleration, notice of intent to accelerate and notice of dishonor. In addition, you, to the extent permitted by law, consent to certain actions we may take, and generally waive defenses that may be available based on these actions or based on the status of a party to this Loan Agreement. We may use all remedies available under state or federal law or in this Loan Agreement. We may renew or extend payments on this Loan Agreement, regardless of the number of such renewals or extensions. We may make all or any part of the amount owing by the terms of this Loan Agreement immediately due. We may release, substitute or impair any Collateral securing this Loan Agreement. We may make a claim for all insurance benefits or refunds that may be available on your default. We may enter into any sales, repurchases or participations of this Loan Agreement to any person in any amounts and you waive notice of such sales, repurchases or participations. You agree that any person signing this Loan Agreement as a Borrower is authorized to agree with us to modify the terms of this Loan Agreement or any Loan Documents. You waive all claims for loss or damage caused by our acts or omissions where we acted reasonably and in good faith. Where a notice is required, you agree that ten (10) days prior written notice sent by first class mail to your address listed in this Loan Agreement will be reasonable notice to you under the Nevada Uniform Commercial Code. Notice to one party will be deemed to be notice to all parties. Except as otherwise required by law, by choosing any one or more of these remedies we do not give up the right to use any other remedy. We do not waive a default if we choose not to use a remedy. By electing not to use any remedy, we do not waive the right to later consider the event a default and to use any remedies if the default continues or occurs again.

**SET-OFF:** You agree that we may set off any amount due and payable under this Loan Agreement against any right you must receive money from us. "Right to receive money from us" means (a) your right to any deposit balance you have with us; (b) any money owed to you on an item presented to us or in our possession for collection or exchange; and (c) any non-deposit obligation we must pay money to you. If your right to receive money from us is also owned by someone who has not agreed to pay this Loan, our right to set-off will apply to your interest in that obligation and to any other amounts you could withdraw on your sole request or endorsement. We may use the money from your accounts with us to pay the debt even if our withdrawal of money from your accounts results in a loss of interest, any interest penalty, dishonor of checks, or transaction charges. The only limitations to the foregoing is that our right of set-off does not apply (1) to funds in a Traditional or Roth IRA or other tax-deferred retirement account, or (2) when your right of withdrawal from the account arises only in a representative capacity.

**GENERAL PROVISIONS:** If two or more Borrowers sign this Loan Agreement, you are liable to repay jointly and severally. This Loan Agreement is the complete and final expression of the agreement, supersedes all prior negotiations, understandings and agreements in regard hereto, and may not be amended or modified by oral agreement. If any provision of this Loan Agreement is unenforceable under law, then the unenforceable provision will be severed, and the remaining provisions will be enforceable. You will inform us by phone, email, writing or fax of any change in your name, address, phone number or other Loan Application information. You will provide us any financial statement or information we request. All financial statements and information you give us must be correct and complete. You agree to sign, deliver, and file any additional documents or certifications that we may consider necessary to perfect, continue, and preserve your obligations under this Loan Agreement and to confirm our lien status on any Collateral.

**GOVERNING LAW:** This Loan Agreement is subject to applicable Federal laws and, to the extent not preempted by Federal law, the laws of the state of Nevada or, if and to the extent required by applicable law, the law where the Collateral is located.

**ERRORS AND OMISSIONS:** You agree, if requested by us, to fully cooperate in the correction, if necessary, in all closing Loan Documents so that all documents accurately describe the Loan to you. You agree to assume all costs including by way of illustration and not limitation, actual expenses, legal fees and marketing losses for failing to reasonably comply with our requests within thirty (30) days.

**FINANCIAL AND OTHER INFORMATION:** You agree to supply us with whatever information is reasonably requested. We will make requests for this information without undue frequency and will give you reasonable time in which to supply the information.

**OBTAINING CREDIT INFORMATION:** You authorize us to make any credit, employment, or other investigative inquiries we deem appropriate (including, without limitation, obtaining a consumer report) in connection with our determination to make this Loan, and in the future while any Loan balance is unpaid to review or collect on your Loan. Upon your request, we will tell you whether we obtained a consumer report and the names and addresses of any consumer-reporting agencies that provided such reports.

**FURNISHING INFORMATION TO CONSUMER-REPORTING AGENCIES:** If you believe that we have furnished any inaccurate information relating to your account to any consumer-reporting agency, you may notify us by phone or mail using the contact information provided at the top of this Loan Agreement. To help us respond to your notification, you must include your account number, Social Security Number, the name of the consumer-reporting agency reflecting the inaccurate information, and an explanation of why you believe the information is inaccurate. You understand that you may also contact the appropriate consumer-reporting agency directly at the appropriate address and toll-free number: Equifax, P.O. Box 740241, Atlanta, GA 30374, 1.800.685.1111; Trans Union, P.O. Box 1000, Chester, PA 19022, 1.800.916.8800; or Experian, P.O. Box 2002, Allen, TX 75013, 1.888.397.3742.

**NEGATIVE CREDIT REPORTS:** You are hereby notified that a negative credit report reflecting your credit history with us may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations. Late payments, missed payments, or other defaults on your Loan may be reflected in your credit report.

**GUARANTY:** For good consideration and as an inducement for Farm Bureau Bank to fund the Loan to Borrower pursuant to this Loan Agreement, it is unconditionally agreed that the undersigned Guarantor(s) will guaranty to Farm Bureau Bank the prompt, punctual and full payment of all debts related to this Loan Agreement (the "Guaranty"). This is a continuing Guaranty under which Guarantor(s) agrees to guarantee the full and punctual payment, performance and satisfaction of the Loan made herein by Farm Bureau Bank to Borrower, now existing or hereafter arising or acquired, on an open and continuing basis. Accordingly, any payments made on the Loan will not discharge or diminish Guarantor's obligations and liability under this Guaranty for any remaining and succeeding amounts or obligations due under this Loan Agreement even when all or part of the outstanding Loan may be a zero balance from time to time. In the event any amounts due in connection with this Loan Agreement are not promptly paid upon demand, Guarantor(s) shall pay all responsible costs and legal fees necessary for collection and enforcement.

Farm Bureau Bank shall not be required to exhaust its remedies against the Borrower(s) or against any Collateral securing the obligations prior to enforcing its rights under this Guaranty against the Guarantor(s). In addition, Guarantor waives all rights of subrogation and set-off, and waives all suretyship and defenses of similar nature, until all sums under this Guaranty are paid in full.

This Guaranty will continue in full force and effect until all amounts incurred or contracted before receipt by Farm Bureau Bank of any written notice of termination or written notice of death or incompetence shall have been fully and finally paid and satisfied and all of Guarantor's other obligations under this Guaranty shall have been performed in full. Until termination of this Loan Agreement, the Guaranty is unlimited as to amount or duration and shall remain in full force and effect despite any extension, compromise, adjustment, forbearance, waiver, release or discharge of any party obligor or Guarantor, or release in whole or in part of any security granted for said indebtedness or compromise or adjustment, and Guarantor(s) waives all notice to the foregoing. If there are multiple Guarantors to this Loan Agreement, the obligations shall be joint and separate and binding upon and inure to the benefit of Farm Bureau Bank, its successors, assigns and personal representatives. Termination of this Guaranty by a Guarantor shall not impair the continuing Guaranty of any remaining Guarantor. This Guaranty is binding upon Guarantor(s) and Guarantor's heirs, successors and assigns.

Each undersigned Guarantor acknowledges having read and agrees to the terms of the Guaranty herein. In addition, each Guarantor understands that this Guaranty is effective upon Guarantor's execution and delivery of this Loan Agreement to Farm Bureau Bank and will continue until terminated in the manner set forth herein.

Optional Collateral Protection Products requested by me and the corresponding costs are checked:

☐ Major Mechanical Protection (MMP) $   0.00         ☐ Guaranteed Asset Protection (GAP) $   0.00

By signing this Loan Agreement, you agree to purchase the collateral protection product(s) that you have identified above by checking the applicable box or boxes (MMP and/or GAP). Additional information regarding these products will be provided after origination. The purchase of MMP or GAP is **not required** to obtain credit. Your decision to buy or not to buy MMP or GAP was and will not be a factor in our credit approval process. If you choose to purchase MMP or GAP contracts, and if we demand that you pay all you owe on the Loan at once or we repossess the Motor Vehicle Collateral, we use those contracts for our benefit as described in the "Major Mechanical Protection and Guaranteed Asset Protection Contracts" section of this Loan Agreement.

Signing this Loan Agreement [redacted] you also acknowledge receipt of a copy of this Loan Agreement. When you finalize the purchase of collateral, you will be required to sign and complete the Funding Form ("Funding Form") that shows the "Amount to Seller," which is the portion of your loan that we will provide to Seller for your purchase of the Collateral described in the Funding Form. Your total Loan Amount, and the Amount Financed reflected on the Truth in Lending Disclosure provided to you, will equal the Amount to Seller and the amounts you have agreed to pay for the purchase of MMP and/or GAP as described above. By signing the Funding Form in the area under the Amount to Seller, you will thereby agree to the Loan Amount and that the Collateral described in the Funding Form is subject to a security interest in favor of Farm Bureau Bank.

If signed by Facsimile, you authorize Farm Bureau Bank to accept a facsimile, scanned or other electronic reproduction of your signature as a legal binding signature on the document. If signed electronically, you acknowledge that you are signing this Loan Agreement electronically just as if you had physically signed this Loan Agreement, and you authorize Farm Bureau Bank to accept your electronic signature as a legal binding signature. Signature date is assumed as date documents are returned.

---

**Authorization for Direct Payment Via ACH (ACH Debits)**
You have authorized Farm Bureau Bank to electronically debit your account(and, if necessary, electronically credit your account to credit erroneous debits) identified below, based on the terms and amounts described in the Loan Agreement.
Account Number ___[redacted]_____         Routing Number ___[redacted]_____
**IMPORTANT:** Please verify with your banking institution that the account and routing number above are correct and eligible for automatic debits. This authorization is to remain in full force and effect until you provide mailed, faxed, phone or email notification of its termination in such time an in such manner as to afford us reasonable opportunity to act on it. We reserve the right to cancel automatic payment method upon consecutive returned payments.

---

Each undersigned individual signing this Agreement on behalf of Borrower acknowledges that they are signing this Loan Agreement both on behalf of Borrower and in their capacity as personal Guarantor.

_[signature]_                    10/6/22
CHANCE DUSTIN SIMS    PRESIDENT    Date

**FARM BUREAU BANK**

**Power of Attorney**

Loan # ▮▮▮▮▮▮▮▮

I/We **PULSE ELECTRIC, LLC by CHANCE DUSTIN SIMS** the undersigned, do herby duly appoint **Farm Bureau Bank** and / or its affiliated companies to act as my attorney in fact to sign papers and documents that may be necessary in order to secure registration of or to transfer my interest in the following described collateral and or assignment of lien holder as Lender.

| Year | Make | Model | VIN/Serial |
|---|---|---|---|
| 2022 | Ram | 1500 Classic | 1C6RR6FT2NS215268 |

Certify the current odometer reading is    0

Signature(s)

_(signed)_
CHANCE DUSTIN SIMS     PRESIDENT

**\*\*Please Return Original Signed Document\*\***

*If not signed and dated, this Power of Attorney will not be valid*

**ANY ALTERATIONS OR ERASURE VOIDS THIS POWER OF ATTORNEY**

State of __MS__

County/Parish of __Jones__

Subscribed and sworn to before me this __6th__ day of __October__, 20__22__

__Katie M. Butler__     __Jones__     __MS__
NOTARY PUBLIC             COUNTY              STATE

My Commission expires __June 14, 2025__

_(Notary seal: KATIE M. BUTLER, Commission Expires June 14, 2025, JONES COUNTY, STATE OF MISSISSIPPI, #129146)_

IP_4_POANotary1

L_POAN_09.27.21