# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI — ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1C6RR6FT1NS217982 | RAM | 2022 | 1500 CLASS | PK | MS1965426944 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 11/09/2022 | 10/06/2022 | 8 | NEW | PU | 238 ACTUAL |

**OWNER(S)**
PULSE ELECTRIC
7 VICTORY RD
LAUREL MS 39443-9514

**BENEFICIARY**

**1ST LIENHOLDER**
FARM BUREAU BANK
PO BOX 33427
SAN ANTONIO TX 78265-3427

DATE: 10/06/2022

**2ND LIENHOLDER**

DATE:

**MAIL TO**
FARM BUREAU BANK
PO BOX 33427
SAN ANTONIO TX 78265-3427

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
         (LIENHOLDER)                (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
         (LIENHOLDER)                (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 9TH DAY OF NOVEMBER 20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED