

**CONSUMER LOAN AGREEMENT**
**Promissory Note and Security Agreement**

The parties and their addresses are:

**LENDER:**
Farm Bureau Bank FSB
P.O. Box 33427
San Antonio, TX 78265-3427
Telephone: 1.800.492.3276

**BORROWER:**
CHANCE DUSTIN SIMS

212 CENTRAL AVE
LAUREL, MS 39440

**LOAN NUMBER** [redacted]
**LOAN DATE:** 8/16/2022

**Your Interest Rate:** 6.45%

The pronouns "you" and "your" refer to each Borrower obligated under this Consumer Loan Agreement, Promissory Note and Security Agreement ("Loan Agreement"), individually and together with their heirs, successors and assignees, and each other person or legal entity who agrees to pay this Loan Agreement. "Farm Bureau Bank," "we," "us" and "our" refer to Farm Bureau Bank FSB, with its participants or syndicates, successors and assignees, any person or company that acquires an interest in the loan made under this Loan Agreement ("Loan"), and any other holder of this Loan Agreement. "Collateral" means the collateral described below or any other property that secures your performance of the obligations of this Loan Agreement. "Loan Application" means the loan application submitted by you to Farm Bureau Bank in connection with this Loan Agreement.

**DISCLOSURES PURSUANT TO THE TRUTH-IN-LENDING ACT**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 6.493% (e) | $ 12,477.00 (e) | $ 53,925.00 (e) | $ 66,402.00 (e) |

You have the right to receive, at this time, an itemization of the Amount Financed.
☐ I want an itemization.

Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENT | PAYMENTS ARE DUE MONTHLY |
|---|---|---|
| 74 | $ 885.36 (e) | 11/10/2022 (e) |
| 1 | $ 885.36* | First payment may change depending on date of origination. |

**Prepayment:** If you pay off early, you may have to pay a penalty.
**Security:** You are giving a security interest in: 2022 Ram 1500 4x2 Crew Cab 6ft4" Box 1C6RREMT5NN393462

**Filing Fee:** $ 75.00
**Late Charge:** If a payment is received more than 10 days late, you will be charged 5.00% of the Payment Amount ($35 minimum, $100 maximum) as a late charge, but only once for each late payment.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.
(e) means an estimate. If terms change regarding Payment, Amount Financed, Loan Date, you will be notified.

**Estimated and Final Disclosures:** Each of the disclosures of the following items in the above Truth in Lending Disclosure are estimates: Annual Percentage Rate, Finance Charge, Amount Financed, Total of Payments, and the Amount of Payments, and When Payments Are Due stated in the payment schedule. These items are estimated because we do not know at this time when you will finalize the purchase of your collateral or the final amount of the Loan that you will receive from us to finance that purchase and the purchase of any other property or products.

**SECURITY INTEREST:** As security for payment and performance of all obligations under this Loan Agreement and extensions and renewals thereof, you grant Farm Bureau Bank a security interest in (1) the motor vehicle or motor vehicles and other property described, together with all accessions and other included parts and accessories (collectively, "Collateral"), (2) any and all Major Mechanical Protection or Guaranteed Asset Protection contracts that you choose in the Optional Collateral Protection Products section of this Loan Agreement and that we finance for you (collectively, "Other Collateral"), and (3) all proceeds of the foregoing, including any refunds of premiums or charges from any Major Mechanical Protection and Guaranteed Asset Protection contracts. This security interest secures all sums which may become due under this Loan Agreement as well as any modifications, extensions, renewals, amendments, or refinancing of this Loan Agreement and any and all other of your obligations and accounts with Farm Bureau Bank now and in the future. You agree to immediately cause Farm Bureau Bank to be named as the only lien holder on any motor vehicle certificate of title relating to the Collateral and that Farm Bureau Bank may hold the certificate of title until all amounts owed under this Loan Agreement are paid. You agree to pay any and all fees associated with the security interest and lien perfection of your Collateral, which may include, taxes, fees and penalties without limit.

**PROMISE TO PAY:** For value received, you promise and agree, upon signing this Loan Agreement to pay to the order of Farm Bureau Bank, a Federal savings bank, its successors and assignees, pursuant to this Loan Agreement, at Farm Bureau Bank's Operation Center mailing address of P.O. Box 33427, San Antonio, Texas, 78265-3427, in lawful money of the United States of America, the principal sum consisting of the Loan Amount and interest at the rate specified above each day on all unpaid principal

from the date your Loan is funded ("Loan Date") until paid. The Loan will be considered funded when this Loan Agreement is accepted by Farm Bureau Bank and the Loan proceeds are paid out. Any amount assessed or collected as interest under the terms of this Loan Agreement will be limited to the maximum lawful amount of interest allowed by state or federal law, whichever is applicable.

**PAYMENTS**: The principal and interest of this Loan are due and payable in monthly installments of $ 885.36 (the "Payment Amount"), beginning on 11/10/2022, and thereafter on the same day or if such day is not banking business day, on the next banking business day. On the final payment date (the "Maturity Date"), all principal, fees and interest remaining unpaid shall be immediately due and payable. The Payment Amount shall be in an amount sufficient to fully amortize the Loan Amount over the period commencing on the first payment due date and ending on the Maturity Date, using the actuarial method and an Annual Percentage Rate of 6.493 % (the "Annual Percentage Rate")(computed on the basis of a 365 or 366-day year, as applicable, actual days elapsed). Each payment received shall be credited first to interest, then to any applied third-party payments, then to scheduled principal, then to fees due, and the remainder to unscheduled principal. Payments made prior to scheduled payment due dates will advance the payment due date up to two (2) months. Any additional payments will be applied to fees due (if applicable) then principal and will not advance the payment due date. Partial payments will be applied at our discretion unless prior arrangements are made with Farm Bureau Bank. A payment shall not be considered to have been made until the payment is received either pursuant to Farm Bureau Bank's Automated Payment Option or at an address so designated by Farm Bureau Bank.

**SIMPLE INTEREST CONTRACT:** This is a simple interest contract. The finance charge is calculated each day based on the unpaid principal balance of the Loan using the Annual Percentage Rate. As a result of this daily calculation the finance charge may vary depending on the date which your payments are received by Farm Bureau Bank. Any variance in the rates could affect the Payment Amount of your final payment(s). For example, early payments would act to reduce the Payment Amount of your final payment(s) because there would be less finance charges accrued on your Loan, while late payments would act to increase the Payment Amount of your final payment because more would be accrued on your Loan. The Payment Amount of your final payment will also vary depending on the number of days prior to your first payment due date. The number of days to your first payment due date will be within 90 days of the date you sign this Loan Agreement; depending on the Loan Date and the payment due date that you selected in your Loan Application. A shorter period before your first payment due date will result in a smaller Payment Amount of your final payment(s), because less finances charges will accrue on your Loan.

**LATE CHARGES AND RETURNED PAYMENT CHARGES:** In addition to interest or other finance charges, you agree that you will pay the following additional fees based on your method and pattern of payment. If a payment is received more than 10 days late, you will be charged 5.00% of the required Payment Amount ($35 minimum and $100 maximum) as a **Late Charge**, which you agree to pay promptly, but only once for each late payment. You also agree to pay a fee not to exceed $20.00 for each check, negotiable order of withdrawal or draft you issue in connection with this Loan that is returned because it has been dishonored.

**PREPAYMENT PENALTIES:** You may prepay this Loan in full or in part at any time. If you prepay in this Loan in full during the first 12 months from the Note Date, you will be subject to a prepayment penalty of $150.00. If you are a member of the Armed Forces or a dependent of a member of the Armed Forces, you may prepay this Loan in full or in part at any time and will not be required to pay a prepayment penalty.

(1) **Loan Purpose and Use of Proceeds:** This Loan is a consumer loan transaction. You agree to use the proceeds of this Loan only for (i) refinancing of an existing loan, (ii) purchase of new or used Collateral from a seller, or purchase of new or used Collateral from a private party (in the United States). Loan proceeds may also be used for other costs incurred in connection with the Collateral including tax, title, license, registration or lien filing fees, collateral protection products or extended warranty (service) contracts, and any other costs or fees normally associated with the Collateral. Disbursements for any other purpose must be pre-approved by Farm Bureau Bank before this Loan Agreement is effective.
(2) **Use of Collateral:** You agree that only you will be listed as guarantor(s) on the Collateral title, you will keep the Collateral free of all liens and taxes, and you will not use the Collateral or permit the Collateral to be used improperly, illegally or for hire. Collateral for one Loan may be used to secure any and all other obligations and accounts with Farm Bureau Bank, now and in the future.
(3) **Collateral Location:** You agree not to sell or transfer the Collateral or to remove the Collateral from the United States for more than 30 days without the prior written approval of Farm Bureau Bank and you will notify us immediately if you change your permanent address or the address of where the Collateral is regularly located. You agree to keep the Collateral property in your possession at your address.
(4) **Insurance:** You agree to maintain comprehensive insurance on the Collateral during the entire time that this Loan is outstanding. You agree to have Farm Bureau Bank named as loss payee under any such insurance policy. You agree to immediately send copies of all insurance policies on the Collateral to Farm Bureau Bank if so requested by us. If you fail to keep the Collateral insured, Farm Bureau Bank may obtain insurance to protect its interest in the Collateral. This insurance may include coverage not originally required of you, and the insurance may be written by a company other than one you would choose and may be at a higher rate than you could obtain if you purchased the insurance.
(5) **Express Consent to Contact You:** By providing Farm Bureau Bank with your telephone number, mobile phone number, number of any other wireless device, or email address, you expressly consent to receive calls and/or email notification from Farm Bureau Bank to include reminders, offers, products and services. These calls may use an automatic telephone dialing system, prerecorded messages, artificial voice messages calls, or text messages. Farm Bureau Bank may use your email to communicate with you, to send information that you may have requested, and to send additional loan documentation and other products or services provided by Farm Bureau Bank. This express consent applies to each telephone number or email address that you provide to us now or in the future and permits such calls or emails regardless of their purpose. These calls and messages may incur access fees from your cellular provider. You further agree that in a regular course of our business we may monitor, and record phone calls conversations made or received by our employees or our agents. Similarly, we may monitor and record e-mail or conversations on our website between you and our employee or agents. We may contact you by telephone or connection with the account directly through an agent-for example, to collect amounts owed on the account, to notify you or potential fraudulent transaction on your account or for other accounts servicing purpose.

**DEFAULT:** You will be in default ("Default if any of the following events (known separately and collectively as an "Event of Default") occur:

(1) **Payments.** You fail to make a payment in full when due.
(2) **Insolvency or Bankruptcy.** The death, dissolution or insolvency of, appointment of a receiver by or on behalf of, application of any debtor relief law, the assignment for the benefit of creditors by or on behalf of, the voluntary or involuntary termination of existence by, or the commencement of any proceeding under any present or future federal or state insolvency, bankruptcy, reorganization, composition or debtor relief law by or against you or any joint applicant or guarantor of this Loan Agreement or any other obligations you have with us.
(3) **Judgment.** You fail to satisfy or appeal any judgment against you.
(4) **Failure to Perform.** You fail to perform any condition or to keep any promise or covenant of this Loan Agreement, including without limitation your agreement to cause Farm Bureau Bank to be named as sole lien holder on the certificate of title relating to the Collateral.
(5) **Forfeiture.** The Collateral property is used in a manner or for a purpose that threatens confiscation by a legal authority.
(6) **Other Documents.** A default occurs under the terms of any other agreement or document evidencing, securing, or otherwise relating to this Loan Agreement (the "Loan Documents").
(7) **Misrepresentation.** You make any oral or written statement or provide any financial information that is untrue, inaccurate, or conceals a material fact at the time it is made or provided.

2 of 4   IP_2P_LoanAgreement                                Initial(s) C-S _____                        L_CLA_09.27.21

(8) **Property Transfer.** You transfer all or a substantial part of your money or property.
(9) **Insecurity.** We determine in good faith that a material adverse change has occurred in your financial condition from the conditions set forth in your most recent financial statement before the date of this Loan Agreement or that the prospect for payment or performance of the Loan is impaired for any reason.
(10) **Name Change.** You change your name or assume an additional name without notifying us before making such change.
(11) **Other Agreements with Farm Bureau Bank:** You fail to make a payment in full when due on any other Farm Bureau Bank obligation, and such principal and/or interest due remains unpaid for more than ten (10) days after the due date, or you otherwise are in default on any other debt or agreement you have with us.

**REMEDIES FOR DEFAULT:** If you are in Default under any provisions of this Loan Agreement, we may demand immediate payment of all amounts owed under this Loan Agreement and repossess the Motor Vehicle Collateral with the requisite legal notice and as allowed by law. If we take the motor vehicle, any accessories, equipment and replacement parts will stay with the vehicle. If we repossess the motor vehicle, you may pay to get it back (redeem). We will tell you how much you need to pay to redeem. Your right to redeem ends when we sell the vehicle unless we inform you of a different deadline to redeem. If you do not redeem, we may sell the Motor Vehicle Collateral at a public or private sale, applying all proceeds from the sale to your obligation after deducting the costs of repossession, repair, storage and sale to the extent permitted by law, and file suit for or otherwise pursue collection from you of all remaining unpaid sums. If any funds remain after applying the net sale proceeds to your obligation, such funds shall be refunded to you. In the event of repossession, sale or legal action, you agree to pay any costs of collection including attorney's fees and court costs to the extent permitted by law. Borrower acknowledges that the use of a recreational vehicle as a primary residence will not affect Farm Bureau Bank's right to repossession of such recreational vehicle in the Event of a Default hereunder, and the same repossession laws will apply to all recreational vehicles acting as Collateral under this Loan Agreement regardless of such recreational vehicle's use.

**MAJOR MECHANICAL PROTECTION AND GUARANTEED ASSET PROTECTION CONTRACTS:** You are not required to purchase Major Mechanical Protection ("MMP") or Guaranteed Asset Protection ("GAP") contracts to obtain this Loan and your decision to purchase or not purchase such MMP or GAP contracts did not affect our decision to make this Loan or the terms of this Loan. If you do choose to purchase either an MMP or a GAP contract (or both), and if we demand that you pay all you owe on the Loan at once or we repossess the motor vehicle included in the Collateral, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe us or repair the motor vehicle. In addition, if we repossess the motor vehicle and it is in need of repairs that are covered by the MMP contract, you agree that we may obtain those repairs under the terms of the MMP contract before cancelling the MMP contract. If we obtain a refund of MMP charges that you paid, you agree that we may subtract the refund from what you owe us.

**WAIVERS AND CONSENTS:** To the extent not prohibited by law, you waive protest, presentment for payment, demand, notice of acceleration, notice of intent to accelerate and notice of dishonor. In addition, you, to the extent permitted by law, consent to certain actions we may take, and generally waive defenses that may be available based on these actions or based on the status of a party to this Loan Agreement. We may use all remedies available under state or federal law or in this Loan Agreement. We may renew or extend payments on this Loan Agreement, regardless of the number of such renewals or extensions. We may make all or any part of the amount owing by the terms of this Loan Agreement immediately due. We may release, substitute or impair any Collateral securing this Loan Agreement. We may make a claim for all insurance benefits or refunds that may be available on your default. We may enter into any sales, repurchases or participations of this Loan Agreement to any person in any amounts and you waive notice of such sales, repurchases or participations. You agree that any person signing this Loan Agreement as a Borrower is authorized to agree with us to modify the terms of this Loan Agreement or any Loan Documents. You waive all claims for loss or damage caused by our acts or omissions where we acted reasonably and in good faith. Where a notice is required, you agree that ten (10) days prior written notice sent by first class mail to your address listed in this Loan Agreement will be reasonable notice to me under the Nevada Uniform Commercial Code. Notice to one party will be deemed to be notice to all parties. Except as otherwise required by law, by choosing any one or more of these remedies we do not give up the right to use any other remedy. We do not waive a default if we choose not to use a remedy. By electing not to use any remedy, we do not waive the right to later consider the event a default and to use any remedies if the default continues or occurs again.

**SET-OFF:** You agree that we may set off any amount due and payable under this Loan Agreement against any right you have to receive money from us. "Right to receive money from us" means (a) your right to any deposit balance you have with us; (b) any money owed to you on an item presented to us or in our possession for collection or exchange; and (c) any non-deposit obligation we have to pay money to you. If your right to receive money from us is also owned by someone who has not agreed to pay this Loan, our right to set-off will apply to your interest in that obligation and to any other amounts you could withdraw on your sole request or endorsement. We may use the money from your accounts with us to pay the debt even if our withdrawal of money from your accounts results in a loss of interest, any interest penalty, dishonor of checks, or transaction charges. The only limitations to the foregoing is that our right of set-off does not apply (1) to funds in a Traditional or Roth IRA or other tax-deferred retirement account, or (2) when your right of withdrawal from the account arises only in a representative capacity.

**GENERAL PROVISIONS:** If two or more Borrowers sign this Loan Agreement, you are liable to repay jointly and severally. This Loan Agreement is the complete and final expression of the agreement, supersedes all prior negotiations, understandings and agreements in regard hereto, and may not be amended or modified by oral agreement. If any provision of this Loan Agreement is unenforceable under law, then the unenforceable provision will be severed, and the remaining provisions will be enforceable. You will inform us by phone, email, writing or fax of any change in your name, address, phone number or other Loan Application information. You will provide us any financial statement or information we request. All financial statements and information you give us must be correct and complete. You agree to sign, deliver, and file any additional documents or certifications that we may consider necessary to perfect, continue, and preserve your obligations under this Loan Agreement and to confirm our lien status on any Collateral.

**GOVERNING LAW:** This Loan Agreement is subject to applicable Federal laws and, to the extent not preempted by Federal law, the laws of the state of Nevada or, if and to the extent required by applicable law, the law where the Collateral is located.

**ERRORS AND OMISSIONS:** You agree, if requested by us, to fully cooperate in the correction, if necessary, in all closing Loan Documents so that all documents accurately describe the Loan to you. You agree to assume all costs including by way of illustration and not limitation, actual expenses, legal fees and marketing losses for failing to reasonably comply with our requests within thirty (30) days.

**FINANCIAL AND OTHER INFORMATION:** You agree to supply us with whatever information is reasonably requested. We will make requests for this information without undue frequency and will give you reasonable time in which to supply the information.

**OBTAINING CREDIT INFORMATION:** You authorize us to make any credit, employment, or other investigative inquiries we deem appropriate (including, without limitation, obtaining a consumer report) in connection with our determination to make this Loan, and in the future while any Loan balance is unpaid in order to review or collect on your Loan. Upon your request, we will tell you whether we obtained a consumer report and the names and addresses of any consumer-reporting agencies that provided such reports.

**FURNISHING INFORMATION TO CONSUMER-REPORTING AGENCIES:** If you believe that we have furnished any inaccurate information relating to your account to any consumer-reporting agency, you may notify us by phone or mail using the contact information provided at the top of this Loan Agreement. To help us respond to your notification, you must include your account number, Social Security Number, the name of the consumer-reporting agency reflecting the inaccurate information, and an explanation of why you believe the information is inaccurate. You understand that you may also contact the appropriate consumer-reporting agency directly at the appropriate address and toll-free number: Equifax, P.O. Box 740241, Atlanta, GA 30374, 1.800.685.1111; Trans Union, P.O. Box 1000, Chester, PA 19022, 1.800.916.8800; or Experian, P.O. Box 2002, Allen, TX 75013, 1.888.397.3742.

**NEGATIVE CREDIT REPORTS:** You are hereby notified that a negative credit report reflecting your credit history with us may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations. Late payments, missed payments, or other defaults on your Loan may be reflected in your credit report.

**COVERED BORROWERS UNDER MILITARY LENDING ACT:** Covered borrowers under Military Lending Act; Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36 percent. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).
lease call our toll-free number 1-800-492-3276 from Monday-Friday, 7am- 7pmCST and Saturday, 8am -12pm CST if you want to hear this disclosure and for a description of your payment schedule before or at the time this Loan becomes established.

**OPTIONAL COLLATERAL PROTECTION PRODUCTS** requested by you and the corresponding cost (applicable boxes are checked):

[ ] **Major Mechanical Protection (MMP)** $ 0.00        [ ] **Guaranteed Asset Protection (GAP)** $ 0.00

By signing this Loan Agreement, you agree to purchase the collateral protection product(s) that you have identified above by checking the applicable box or boxes (MMP and/or GAP). Additional information regarding these products will be provided after origination. The purchase of MMP or GAP is **not required** to obtain credit. Your decision to buy or not to buy MMP or GAP was and will not be a factor in our credit approval process. If you choose to purchase MMP or GAP contracts, and if we demand that you pay all you owe on the Loan at once or we repossess the Motor Vehicle Collateral, we use those contracts for our benefit as described in the "Major Mechanical Protection and Guaranteed Asset Protection Contracts" section of this Loan Agreement.

By signing the Loan Agreement 7300789319 , you also acknowledge receipt of a copy of this Loan Agreement.
If signed by Facsimile, you authorize Farm Bureau Bank to accept a facsimile, scanned or other electronic reproduction of your signature as a legal binding signature on the document.

**Authorization for Direct Payment Via ACH (ACH Debits)**
You have authorized Farm Bureau Bank to electronically debit your account(and, if necessary, electronically credit your account to credit erroneous debits) identified below, based on the terms and amounts described in the Loan Agreement.
Account Number _____    Routing Number _____
**IMPORTANT:** Please verify with your banking institution that the account and routing number above are correct and eligible for automatic debits. This authorization is to remain in full force and effect until you provide mailed, faxed, phone or email notification of its termination in such time an in such manner as to afford us reasonable opportunity to act on it. We reserve the right to cancel automatic payment method upon consecutive returned payments.

If signed by Facsimile, you authorize Farm Bureau Bank to accept a facsimile, scanned or other electronic reproduction of your signature as a legal binding signature on the document. If signed electronically, you acknowledge that you are signing this Loan Agreement electronically just as if you had physically signed this Loan Agreement, and you authorize Farm Bureau Bank to accept your electronic signature as a legal binding signature. Signature date is assumed as date documents are returned.

_[signature]_ 8/16/22
CHANCE DUSTIN SIMS    Date



**FARM BUREAU BANK**

# Power of Attorney

**Loan** ▮▮▮▮▮▮▮

I/We **CHANCE DUSTIN SIMS** the undersigned, do herby duly appoint **Farm Bureau Bank** and / or its affiliated companies to act as my attorney in fact to sign papers and documents that may be necessary in order to secure registration of or to transfer my interest in the following described collateral and or assignment of lien holder as Lender.

| Year | Make | Model | VIN/Serial |
|---|---|---|---|
| 2022 | Ram | 1500 | 1C6RREMT5NN393462 |

Certify the current odometer reading is: 05

Signature(s):

_(signed)_
CHANCE DUSTIN SIMS

**\*\*Please Return Original Signed Document\*\***

*If not signed and dated, this Power of Attorney will not be valid*

**ANY ALTERATIONS OR ERASURE VOIDS THIS POWER OF ATTORNEY**

State of MS

County/Parish of Jones

Subscribed and sworn to before me this 16th day of August, 2022

Katie M. Butler, Jones MS
NOTARY PUBLIC    COUNTY    STATE

My Commission expires: June 14, 2025

_[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID#291462, KATIE M. BUTLER, Commission Expires June 14, 2025, JONES COUNTY]_

IP_4_POANotary1                                    L_POAN_09.27.21

**FARM BUREAU BANK**

**Power of Attorney**

Loan: ▮▮▮▮▮▮▮

I/We **CHANCE DUSTIN SIMS** the undersigned, do herby duly appoint **Farm Bureau Bank** and / or its affiliated companies to act as my attorney in fact to sign papers and documents that may be necessary in order to secure registration of or to transfer my interest in the following described collateral and or assignment of lien holder as Lender.

| Year | Make | Model | VIN/Serial |
|---|---|---|---|
| 2022 | Ram | 1500 | 1C6RREMT5NN393462 |

Certify the current odometer reading is: 05

Signature(s): _[signed]_
CHANCE DUSTIN SIMS

**Please Return Original Signed Document**

*If not signed and dated, this Power of Attorney will not be valid*

ANY ALTERATIONS OR ERASURE VOIDS THIS POWER OF ATTORNEY

State of _MS_
County/Parish of _Jones_

Subscribed and sworn to before me this _16th_ day of _August_, 2022

_Katie M. Butler_ , _Jones_ _MS_
NOTARY PUBLIC   COUNTY   STATE

My Commission expires _June 14, 2025_

[Notary Seal: KATIE M. BUTLER, Commission Expires June 14, 2025, JONES COUNTY, ID#291462]

IP_4_POANotary1                                                 L_POAN_09.27.21

# Title Release Authorization

Please accept the attached check to pay-off the loan described below.

_____

Payoff Amount: $ 53,925.00
Account # ▮▮▮▮▮▮▮▮

| Year | Make | Model | VIN/Serial |
|------|------|-------|------------|
| 2022 | Ram | 1500 | 1C6RREMT5NN393462 |

Mail Title to:

Farm Bureau Bank FSB
Attn: Loan Documentation
P.O. Box 33427
San Antonio, Texas 78265-3427
RE # ▮▮▮▮▮▮▮▮

If additional information is required, contact Farm Bureau Bank directly at 800.492.3276. A Farm Bureau Bank personal banker is available to assist you Monday through Friday, 7 a.m. – 7 p.m., CST and Saturday, 8 a.m. – 12 p.m. CST.

Name(s) of vehicle owner(s)
CHANCE DUSTIN SIMS

_____

IP_8B_TitleReleaseAuthorizationBorrower

L_TR_03.15.21



# DEPARTMENT OF REVENUE
### STATE OF MISSISSIPPI

## Application for Title

Application #:

**County Code** JONES     **Date** 16-Aug-2022     ☐ Fast Track Application

**Lessor (if Leased)**     **Lessor Mailing Address**

**Owner(s) or Lessee(s) if Leased**
SIMS, CHANCE D

**Registered Physical Address (DO NOT GIVE A PO BOX)**
7 VICTORY RD
LAUREL MS 39443-9514

☐ AND    ☐ AND / OR    ☐ OR

**Registered Mailing Address (if Different)**

**Beneficiary**

| | |
|---|---|
| **Vehicle ID** 1C6RREMT5NN393462 ☐ Provisional | **Year** 2022 |
| **Make** RAM | **Model** RAM 1500 |
| **Body Style** Pickup | **Vehicle Type** Pickup Truck |
| **Fuel Type** Gasoline | **Color** White |
| **Unladen Weight** 4,935 | **Seats** 0 |
| **Axles** 0 | **Cylinders** 8 |
| **Gross Vehicle Weight** 0 | **Purchase Date** 13-Aug-2022 |
| **New / Used** New | **Odometer Reading** 15 |
| **Odometer Code** Actual | |

**Brands**
☐ Bonded    ☐ Collision    ☐ Fire    ☐ Flooded    ☐ Hail    ☐ Rebuilt    ☐ Salvaged    ☐ Wind
☐ Recovered Theft    ☐ Unrecovered Theft    ☐ Other

**Primary Lienholder's Information**
FARM BUREAU BANK
PO BOX 33427
SAN ANTONIO TX 78265-3427

**Secondary Lienholder's Information**

**Date of Lien** 16-Aug-2022     **Date of Lien**

**Designated Agent**
KIMS CHRY-PLY-DODGE-JEEP-TOYOT

**Designated Agent Number**

I/WE, THE UNDERSIGNED, CERTIFY THAT THE VEHICLE DESCRIBED ABOVE IS OWNED BY ME AND I HEREBY MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR SAID MOTOR VEHICLE, AND THIS VEHICLE WILL NOT BE SUBJECT TO LIEN PRIOR TO RECEIPT OF THE TITLE UNLESS INDICATED ABOVE.

**\*\*DISCLOSURE STATEMENT AND PRIVACY ACT NOTICE\*\***
DRIVER'S LICENSE NUMBERS ARE REQUIRED BY STATE LAW AND WILL BE USED IN THE ADMINISTRATION OF STATE MOTOR VEHICLE LAWS. THE COMMISSION IS AUTHORIZED TO COLLECT THE INFORMATION PURSUANT TO 42 U.S.C. §405(c)(2)C AND MISS CODE ANN §63-21-15. TITLES AND REGISTRATION RECORDS MAY BE RELEASED ONLY PURSUANT TO 18 U.S.C. §§2721-2725. FAILURE TO PROVIDE THE INFORMATION WILL RESULT IN THE DENIAL OF A CERTIFICATE OF TITLE.

**Signature**     16-Aug-2022 **Date**

**First Owner/Lessee's Signature**     **License #**

Print one copy for each of the following: MS Department of Revenue, Owner, Designated Agent, and Lienholder (if Applicable)

**Joint Owner/Lessee's Signature**     **License #**

Mississippi Department of Revenue, Motor Vehicle Services — P.O. Box 23049, Jackson MS 39225-3049 — www.dor.ms.gov — (P) (601) 923-7200