

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| IN RE:<br><br>CHANCE DUSTIN SIMS<br><br>Debtor. | CASE NO. 26-50207-KMS<br>CHAPTER 7 |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (#12)**

THIS MATTER came before the Court on the Motion for Relief from Automatic Stay filed by TD Bank, N.A. ("TD Bank"), and after notice and opportunity for hearing, with neither the Debtor nor the Chapter 7 Trustee having filed an objection to TD Bank's Motion;

It is **ORDERED**:

1. The Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay provisions of 11 U.S.C. § 362 are terminated as to TD Bank, the 2024 RAM 2500, VIN: 3C6UR5FL0RG131466 ("Vehicle"), and the proceeds thereof, so that TD Bank may proceed with any and all other remedies available as to the Vehicle under state and/or federal law that are not inconsistent with Title 11 of the United States Code.

2

3. This Order is entered for the sole purpose of allowing TD Bank to obtain *in rem* relief against the Vehicle and that TD Bank shall not seek or obtain an *in personam* judgment against the Debtor.

**##END OF ORDER##**

Submitted by:

/s/Jacob Zweig
Jacob Zweig (MS Bar No. 104725)
Attorney for TD Bank
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com