United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 26-50207-KMS
Chance Dustin Sims  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6  User: mssbad  Page 1 of 2
Date Rcvd: Mar 13, 2026  Form ID: pdf012  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID     Recipient Name and Address**
db     + Chance Dustin Sims, 440 Old Hwy 15 S, Ellisville, MS 39437-4479

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:

**Name     Email Address**

Charles F. F. Barbour
    on behalf of Creditor Farm Bureau Bank cbarbour@blswlaw.com

Derek A Henderson T1
    trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Jacob C Zweig
    on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, mstevens@evanspetree.com

Robert Alan Byrd
    on behalf of Creditor First State Bank rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Chance Dustin Sims trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Mar 13, 2026 Form ID: pdf012 Total Noticed: 1

United States Trustee
                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 13, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| IN RE: | |
| CHANCE DUSTIN SIMS | CASE NO.  26-50207-KMS |
|  | CHAPTER 7 |
| Debtor. | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (#12)**
_____

THIS MATTER came before the Court on the Motion for Relief from Automatic Stay filed by TD Bank, N.A. ("TD Bank"), and after notice and opportunity for hearing, with neither the Debtor nor the Chapter 7 Trustee having filed an objection to TD Bank's Motion;

It is **ORDERED**:

1. The Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay provisions of 11 U.S.C. § 362 are terminated as to TD Bank, the 2024 RAM 2500, VIN: 3C6UR5FL0RG131466 ("Vehicle"), and the proceeds thereof, so that TD Bank may proceed with any and all other remedies available as to the Vehicle under state and/or federal law that are not inconsistent with Title 11 of the United States Code.

3.  This Order is entered for the sole purpose of allowing TD Bank to obtain *in rem* relief against the Vehicle and that TD Bank shall not seek or obtain an *in personam* judgment against the Debtor.

## ##END OF ORDER##

Submitted by:

/s/Jacob Zweig_____
Jacob Zweig (MS Bar No. 104725)
Attorney for TD Bank
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com