United States Bankruptcy Court
Southern District of Mississippi

In re:  
Chance Dustin Sims  
    Debtor

Case No. 26-50207-KMS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2  
Date Rcvd: Mar 13, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chance Dustin Sims, 440 Old Hwy 15 S, Ellisville, MS 39437-4479 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Farm Bureau Bank cbarbour@blswlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Jacob C Zweig | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, mstevens@evanspetree.com |
| Robert Alan Byrd | on behalf of Creditor First State Bank rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Chance Dustin Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6               User: mssbad                      Page 2 of 2
Date Rcvd: Mar 13, 2026            Form ID: pdf012                   Total Noticed: 1

United States Trustee
           USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 13, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
**Chance Dustin Sims,**                                                                                **CHAPTER 7**
    Debtor                                                                                              **CASE NO.: 26-50207-KMS**

**ORDER LIFTING AUTOMATIC STAY,**
**ABANDONING PROPERTY AND OTHER RELIEF [Dkt. # 19 ]**

**CAME BEFORE THIS COURT** on the motion of Farm Bureau Bank ("Movant") for relief from the automatic stay, for abandonment and for other relief, the Debtor having failed to respond and the Court hereby finds that the motion should be granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that the motion is granted as stated herein, that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and that the Property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property: (1) a 2022 Ram 1500, VIN: 1C6RR6FT1NS217982 and (2) a 2022 Ram 1500, VIN: 1C6RREMT5NN393462.

##END OF ORDER##

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:       (601) 944-0467
cbarbour@blswlaw.com
Attorney for Movant