**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Chance Dustin Sims                          CASE NO. 26-50207-KMS
                                                                              CHAPTER 7


TO:    TRUSTEE:   Derek A Henderson
       U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

       **ALL CREDITORS**
       A copy of the Court's mailing matrix is attached


**NOTICE OF AMENDMENT TO**
**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

       **YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the
Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of
Amended Schedule C attached).

       **YOU ARE FURTHER NOTIFIED** that any objection or other response to the
list of property claimed as exempt must be filed with the Clerk of the Court for the
United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case
Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting
of creditors or within 30 days after the filing of this notice of amendment, whichever is
later.

Date: March 24, 2026                   /s/ Thomas C. Rollins, Jr.
                                       *Thomas C. Rollins, Jr., Attorney for Debtor*


CERTIFICATE OF SERVICE


       On March 24, 2026, a copy of this notice and amended schedule was served on
each of the persons listed on the above list either by United States Mail or via electronic
service through the Court's CM/ECF system at the mailing addresses and/or email
addresses indicated.


                                       /s/ Thomas C. Rollins, Jr.
                                       *Thomas C. Rollins, Jr., Attorney for Debtor*


Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Chance Dustin Sims** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI | | |
| Case number (if known) | **26-50207** | | |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **440 Old Hwy 15 S Ellisville, MS 39437 Jones County 48 acres** Line from *Schedule A/B*: **1.1** | **$390,000.00** | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-21** |
| **2024 Dodge Ram 3500 64000 miles** Line from *Schedule A/B*: **3.1** | **$78,487.00** | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **2024 Ford Expedition 16780 miles** Line from *Schedule A/B*: **3.2** | **$63,245.00** | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **1980 Suzuki Jimny Turbo 80761 miles not running** Line from *Schedule A/B*: **3.5** | **$2,000.00** | ■ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Household Goods** Line from *Schedule A/B*: **6.1** | **$3,350.00** | ■ $815.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

Debtor 1  **Chance Dustin Sims**                                    Case number (if known)   **26-50207**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Sports Equipment**<br>Line from *Schedule A/B*: **9.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Pet**<br>Line from *Schedule A/B*: **13.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Federal Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(j)** |
| **State Tax Refund**<br>Line from *Schedule A/B*: **28.2** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(k)** |
| **EIC**<br>Line from *Schedule A/B*: **28.3** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(i)** |
| **2 cows, 1 horse, 2 calfs**<br>Line from *Schedule A/B*: **47.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHANCE DUSTIN SIMS

CASE NO: 26-50207

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 3/24/2026, I did cause a copy of the following documents, described below,

Notice and Amended C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/24/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHANCE DUSTIN SIMS

CASE NO: 26-50207

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 3/24/2026, a copy of the following documents, described below,

Notice and Amended C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/24/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50207
SOUTHERN DISTRICT OF MISSISSIPPI
MON MAR 23 13-23-44 PST 2026

~~EXCLUDE~~

~~(U)FARM BUREAU BANK~~

FIRST STATE BANK
CO BYRD  WISER
PO BOX 1939
BILOXI  MS 39533-1939

~~EXCLUDE~~

FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

TD BANK  NA  SUCCESSOR IN INTEREST TO TD A
1715 AARON BRENNER DR  SUITE 800
MEMPHIS  TN 38120-1445

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

ABERCROMBIE UNDERGROUN
304 N 2ND ST
LUMBERTON  MS 39455-2508

ALAN COOPER
18219 GROVE BROOK LN
CYPRESS  TX 77429-4993

ALEXIS EDDY
977 SPRINGHILL RD
LAUREL  MS 39443-8980

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX
BANKRUPTCY
PO BOX 981535
EL PASO  TX 79998-1535

CED HOUSTON
PO BOX 206839
DALLAS  TX 75320-6839

COBURN SUPPLY COMPANY
PO BOX 669259
DALLAS  TX 75266-9259

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE  NA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CENLAR MORTGAGE
1500 VANDIVER DR
COLUMBIA  MO 65202-3932

CHANCELLOR INC
1228 W 5TH ST
LAUREL  MS 39440-3808

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

CITIBANK
ATTN BANKRUPTCY DEPT
POBOX 790046
ST LOUIS  MO 63179-0046

COBURN SUPPLY CO
PO BOX 99001
DENHAM SPRINGS  LA 70727-9001

COMMUNITY BANK
PO BOX 59
FOREST  MS 39074-0059

DLL FINANCE LLC
ATTN BANKRUPTCY
8001 BIRCHWOOD CT
PO BOX 2000
JOHNSTON  IA 50131-0020

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FARM BUREAU BANK
ATTN BANKRUPTCY DEPT
PO BOX 33427
SAN ANTONIO  TX 78265-3427

FIRST SOURCE ADVANTAGE
PO BOX 628
BUFFALO  NY 14240-0628

FIRST STATE BANK
PO BOX 506
WAYNESBORO  MS 39367-0506

FORD MOTOR CREDIT COMPANY LLC
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC CO AIS PORTFO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

GILKEY ELECTRIC
1300 W PINE ST
HATTIESBURG   MS 39401-6338

GIN CREEK PUBLISHING
318 N MAGNOLIA ST
LAUREL   MS 39440-3932

HARLEY DAVIDSON FIN
ATTN BANKRUPTCY
PO BOX 22048
CARSON CITY   NV 89721-2048

HODA GENERATORS
640 BIG CREEK RD
LUMBERTON   MS 39455-5856

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA   PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON   MS 39201-5025

JPMORGAN CHASE BANK   NA
SBMT CHASE BANK USA   NA
CO NATIONAL BANKRUPTCY SERVICES   LLC
PO BOX 9013
ADDISON   TEXAS 75001-9013

JACOB C ZWEIG   ESQ
EVANS PETREE
ATTY FOR TD BANK NA SUCCESSOR IN INTERES
1715 AARON BRENNER DRIVE   SUITE 800
MEMPHIS   TN 38120-1445

KYLE TAYLOR
28 TAYLORS CIR
LAUREL   MS 39443-9515

LINCOLN AUTOMOTIVE FIN
ATTN BANKRUPTCY
PO BOX 542000
OMAHA   NE 68154-8000

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON   MS 39225-2808

MCKENZIE ROZEK
368 COUNTY HOME RD
ELLISVILLE   MS 39437-8450

PARROT SURETY SERVICES
1710 N DOUGLAS DR
MINNEAPOLIS   MN 55422-4327

PROGRESSIVE TECH
3750 OLD GETWELL
MEMPHIS   TN 38118-6032

PULSE ELECTRIC   LLC
250 VICTORY RD
LAUREL   MS 39443-9569

REBEL SOUND
PO BOX 935434
ATLANTA   GA 31193-5434

RENASANT BANK
411 HWY 80 E
CLINTON   MS 39056-4719

RENASANT BANK
6480 HWY 98 W
HATTIESBURG   MS 39402

RENT ALL OF LAUREL
1518 BUSH DAIRY RD
LAUREL   MS 39440-1313

ROBERT ALAN BYRD   ESQ
ATTY FOR FIRST STATE BANK
PO BOX 1939
BILOXI   MS 39533-1939

SAMSON SERVICES
17 STATE ST
STE 630
NEW YORK   NY 10004-1749

SUNBELT RENTALS
P O BOX 409211
ATLANTA   GA 30384-9211

TAYLOR CONSTRUCTION
28 TAYLORS CIR
LAUREL   MS 39443-9515

TAYLOR DEARMAN
46 LAKE COMO RD
LAUREL   MS 39443-8753

TD AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS   MI 48333-9223

TOYOTA FINANCIAL SERV
ATTN BANKRUPTCY
PO BOX 22171
TEMPE   AZ 85285-2171

EXCLUDE

US ATTORNEY GENERAL              UNITED STATES TRUSTEE           WELLS FARGO
US DEPT OF JUSTICE               501 EAST COURT STREET           800 WALNUT
950 PENNSYLVANIA AVENW           SUITE 6-430                     DES MOINES  IA 50309-3891
WASHINGTON  DC 20530-0001        JACKSON  MS 39201-5022


DEBTOR                           EXCLUDE                         EXCLUDE

CHANCE DUSTIN SIMS               DEREK A HENDERSON T1            THOMAS CARL ROLLINS JR
440 OLD HWY 15 S                 1765A LELIA DRIVE              THE ROLLINS LAW FIRM  PLLC
ELLISVILLE  MS 39437-4479        SUITE 103                      PO BOX 13767
                                 JACKSON  MS 39216-4820         JACKSON  MS 39236-3767