## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**RE:  CHANCE DUSTIN SIMS**                                    **CASE NO. 26-50207-KMS**

**CHAPTER 7**


### CREDITOR'S REQUEST TO RECEIVE NOTICES

COMES NOW, **CHANCELLOR, INC.,** by and through counsel, and requests to receive notices issued in this cause from this Cout, and in support thereof would show the following, to-wit:

1.  Chancellor, Inc. is a creditor of debtor.
2.  Lillous A. Shoemaker, attorney for Chancellor, Inc., requests that all notices in this cause be forwarded to her by electronic means to shoelaw@bayspringstel.net.

Respectfully requested, this the 17th day of April, AD, 2026.


**CHANCELLOR, INC.**


*/s/ Lillous A. Shoemaker*

**LILLOUS A. SHOEMAKER, Attorney**


**Lillous A. Shoemaker**
P.O. Box 485
Bay Springs, MS  39422
601-336-0707
MSB # 100418

## CERTIFICATE OF SERVICE

**I, LILLOUS A. SHOEMAKER, Attorney for Chancellor, Inc.,** do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Cout registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Creditor's Request to Receive Notices to the below parties:

Service provided via Notice of Electronic Filing (NEF) through ECF system:

Derek A Henderson, Trustee
1765-A Lelia Drive
Suite 103
Jackson, MS 39216
trustee@derekhendersonlaw.com

Charles F. F. Barbour
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 1488
Madison, MS 39130
cbarbour@blswlaw.com

Jacob C Zweig
Evans Petree
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120
jzweig@evanspetree.com

Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533
rab@byrdwiser.com

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

Respectfully requested, this the 17th day of April, AD, 2026.

*/s/ Lillous A. Shoemaker*

_____
**LILLOUS A. SHOEMAKER, Attorney**
P.O. Box 485
Bay Springs, MS  39422
601-336-0707
MSB # 100418