# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 3NSGMP995PM454831 | POLS | 2023 | GENERAL | AT | MS0991938816 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/23/2023 | 12/30/2022 | 2 | NEW | AT | EXEMPT |

**OWNER(S)**
SIMS, CHANCE
440 OLD HIGHWAY 15 S
ELLISVILLE MS 39437-4479

**BENEFICIARY**

**1ST LIENHOLDER**
THE FIRST
PO BOX 15549
HATTIESBURG MS 39404-5549

**2ND LIENHOLDER**

BRANDS

DATE: 12/30/2022

DATE:

ORIGINAL

**MAIL TO**

THE FIRST
PO BOX 15549
HATTIESBURG MS 39404-5549

T2

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
          (LIENHOLDER)                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
          (LIENHOLDER)                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 23RD DAY OF JANUARY 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
O 04458380

MISSISSIPPI DEPARTMENT OF REVENUE

EXHIBIT
5