# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1C6RR6FG0RS138070 | RAM | 2024 | 1500 CLASS | PK | MS1101044992 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 06/11/2024 | 05/31/2024 | 6 | NEW | PU | 15 ACTUAL |

OWNER(S)

PULSE ELECTRIC, LLC
250 VICTORY RD
LAUREL MS 39443-9569

BENEFICIARY

1ST LIENHOLDER
THE FIRST BANK
6480 U S HIGHWAY 98
HATTIESBURG MS 39402-8417

2ND LIENHOLDER

BRANDS

☐ Fully Autonomous Vehicle

DATE: 05/31/2024

**ORIGINAL**

DATE:

MAIL TO

THE FIRST BANK
PO BOX 15549
HATTIESBURG MS 39404-5549

M213-1

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER)                              (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 11TH DAY OF JUNE 20 24

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 055563759

MISS_____VENUE

**EXHIBIT**

8