MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re: Chance D. Sims

_Debtor(s)_

Case No.: 26-50207-KMS

Chapter: 7

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

Renasant Bank _____, a

[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Renasant Bank is a wholly owned subsidary of Renasant Corp. Renasant Corp. has two shareholders which own 10% of more of the corporation's equity interest, Blackrock Inc. and Vanguard Group Inc.

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 4/29/2026

_James P. Wilson_ (signature)

Attorney Signature

James P. Wilson, Jr.

Attorney Name

10783

State Bar Number

Post Office Box 1366

Address

Columbus, MS 39703

City, State, and Zip Code

662-328-2316

Telephone Number

jwilson@mitchellmcnutt.com

Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**