**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Chance Dustin Sims, Debtor**                     **Case No. 26-50207-KMS**
                                                                                    **CHAPTER 7**

## ORDER DELAYING DISCHARGE

THIS CAUSE having come on this date on the Debtor's Motion to Delay Discharge (DK

#___), the Court having reviewed and considered the facts herein, and there being no objection

or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Delay Discharge is granted.

The entry of the Debtor's discharge is hereby delayed for a period of 60 days from the date of

this Order. The delay is granted to allow the Debtor additional time to bring the mortgage current

and to enter into a reaffirmation agreement with the secured creditor.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR