**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Chance Dustin Sims, Debtor                    Case No. 26-50207-KMS
                                                        CHAPTER 7

## NOTICE

Debtor has filed papers with the court to Delay Discharge.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Delay Discharge.

Date: May 6, 2026                    Signature:   /s/ Thomas C. Rollins, Jr.
                                                  Thomas C. Rollins, Jr. (MSBN 103469)
                                                  Jennifer Ann Curry Calvillo (MSBN 104367)
                                                  The Rollins Law Firm, PLLC
                                                  P.O. Box 13767
                                                  Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Chance Dustin Sims, Debtor**                    **Case No. 26-50207-KMS
CHAPTER 7**

## MOTION TO DELAY DISCHARGE

COMES NOW the Debtor, by and through undersigned counsel, and respectfully moves this Honorable Court for entry of an Order delaying the entry of the Debtor's discharge, and in support thereof would show:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on February 9, 2026.

2. Pursuant to 11 U.S.C. § 727, the Debtor is eligible to receive a discharge; however, the Debtor requests that the discharge be temporarily delayed.

3. The Debtor is currently working to bring the mortgage on his/her residence current to enter into a reaffirmation agreement with the secured creditor.

4. Additional time is needed to cure the arrearage and finalize the reaffirmation agreement.

5. Granting this Motion will not prejudice creditors or the Chapter 7 Trustee, as the Debtor is acting in good faith to retain the property and reaffirm the associated debt.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order delaying the entry of the discharge for a period of 60 days, or such other time as the Court deems appropriate, to allow the Debtor sufficient time to bring the mortgage current and execute a reaffirmation agreement, and for all other just and proper relief.


Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Delay Discharage was forwarded on May 6, 2026, to:

By Electronic CM/ECF Notice:

Derek Henderson

U.S. Trustee


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHANCE DUSTIN SIMS

CASE NO: 26-50207

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 5/6/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Delay

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/6/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHANCE DUSTIN SIMS

CASE NO: 26-50207

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 5/6/2026, a copy of the following documents, described below,

Notice and Motion to Delay

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/6/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50207
SOUTHERN DISTRICT OF MISSISSIPPI
WED MAY 6 8-36-31 PST 2026

CHANCELLOR  INC
417 N 13TH AVE
LAUREL  MS  UNITED STATES 39440-3822

EXCLUDE

(U)FARM BUREAU BANK

FIRST STATE BANK
CO BYRD  WISER
PO BOX 1939
BILOXI  MS 39533-1939

FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

FORD MOTOR CREDIT COMPANY  LLC
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

RENASANT BANK
CO JAMES P WILSON  JR
POST OFFICE BOX 1366
COLUMBUS  MS 39703-1366

TD BANK  NA  SUCCESSOR IN INTEREST TO TD A
1715 AARON BRENNER DR  SUITE 800
MEMPHIS  TN 38120-1445

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ABERCROMBIE UNDERGROUN
304 N 2ND ST
LUMBERTON  MS 39455-2508

ALAN COOPER
18219 GROVE BROOK LN
CYPRESS  TX 77429-4993

ALEXIS EDDY
977 SPRINGHILL RD
LAUREL  MS 39443-8980

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX
BANKRUPTCY
PO BOX 981535
EL PASO  TX 79998-1535

CED HOUSTON
PO BOX 206839
DALLAS  TX 75320-6839

CHANCELLOR  INC
LILLOUS A SHOEMAKER
PO BOX 485
BAY SPRINGS  MS 39422-0485

COBURN SUPPLY COMPANY
PO BOX 669259
DALLAS  TX 75266-9259

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE  NA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CENLAR MORTGAGE
1500 VANDIVER DR
COLUMBIA  MO 65202-3932

CHANCELLOR INC
1228 W 5TH ST
LAUREL  MS 39440-3808

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

CITIBANK
ATTN BANKRUPTCY DEPT
POBOX 790046
ST LOUIS  MO 63179-0046

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

COBURN SUPPLY CO
PO BOX 99001
DENHAM SPRINGS  LA 70727-9001

COMMUNITY BANK
PO BOX 59
FOREST  MS 39074-0059

DLL FINANCE LLC
ATTN BANKRUPTCY
8001 BIRCHWOOD CT
PO BOX 2000
JOHNSTON  IA 50131-0020

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FARM BUREAU BANK
ATTN BANKRUPTCY DEPT
PO BOX 33427
SAN ANTONIO  TX 78265-3427

FIRST SOURCE ADVANTAGE
PO BOX 628
BUFFALO  NY 14240-0628

FIRST STATE BANK
PO BOX 506
WAYNESBORO  MS 39367-0506

FORD MOTOR CREDIT COMPANY LLC
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC CO AIS PORTFO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

GILKEY ELECTRIC
1300 W PINE ST
HATTIESBURG  MS 39401-6338

GILKEY ELECTRICAL SUPPLY COMPANY  INC
CO DONALD W MEDLEY
902 WEST PINE ST
HATTIESBURG MS 39401-4262

GIN CREEK PUBLISHING
318 N MAGNOLIA ST
LAUREL  MS 39440-3932

HARLEY DAVIDSON FIN
ATTN BANKRUPTCY
PO BOX 22048
CARSON CITY  NV 89721-2048

HODA GENERATORS
640 BIG CREEK RD
LUMBERTON  MS 39455-5856

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

JACOB C ZWEIG  ESQ
EVANS PETREE
ATTY FOR TD BANK NA SUCCESSOR IN INTERES
1715 AARON BRENNER DRIVE  SUITE 800
MEMPHIS  TN 38120-1445

KYLE TAYLOR
28 TAYLORS CIR
LAUREL  MS 39443-9515

LINCOLN AUTOMOTIVE FIN
ATTN BANKRUPTCY
PO BOX 542000
OMAHA  NE 68154-8000

(P)MERCHANTS ADJUSTMENT SERVICE  INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MCKENZIE ROZEK
368 COUNTY HOME RD
ELLISVILLE  MS 39437-8450

PARROT SURETY SERVICES
1710 N DOUGLAS DR
MINNEAPOLIS  MN 55422-4327

PROGRESSIVE TECH
3750 OLD GETWELL
MEMPHIS  TN 38118-6032

PULSE ELECTRIC  LLC
250 VICTORY RD
LAUREL  MS 39443-9569

REBEL SOUND
PO BOX 935434
ATLANTA  GA 31193-5434

RENASANT BANK
411 HWY 80 E
CLINTON  MS 39056-4719

RENASANT BANK
6480 HWY 98 W
HATTIESBURG  MS 39402

RENT ALL OF LAUREL
1518 BUSH DAIRY RD
LAUREL  MS 39440-1313

ROBERT ALAN BYRD  ESQ
ATTY FOR FIRST STATE BANK
PO BOX 1939
BILOXI  MS 39533-1939

SAMSON SERVICES
17 STATE ST
STE 630
NEW YORK  NY 10004-1749

SUNBELT RENTALS
P O BOX 409211
ATLANTA  GA 30384-9211

TAYLOR CONSTRUCTION
28 TAYLORS CIR
LAUREL MS 39443-9515

TAYLOR DEARMAN
46 LAKE COMO RD
LAUREL  MS 39443-8753

TD AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS  MI 48333-9223

EXCLUDE

TOYOTA FINANCIAL SERV
ATTN BANKRUPTCY
PO BOX 22171
TEMPE  AZ 85285-2171

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

WELLS FARGO
800 WALNUT
DES MOINES  IA 50309-3891

WELLS FARGO VENDOR FINANCIAL SERVICES LLC
801 WALNUT STREET  MAC F0006052
DES MOINES  IA 50309-3606

CHANCE DUSTIN SIMS
440 OLD HWY 15 S
ELLISVILLE  MS 39437-4479

EXCLUDE

DEREK A HENDERSON TI
1765A LELIA DRIVE
SUITE 103
JACKSON  MS 39216-4820

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767