**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**                                                                      **BANKRUPTCY PROCEEDING**

**CHANCE DUSTIN SIMS**                                        **CASE NUMBER: 26-50207 KMS**

---

### NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT

---

PURSUANT TO Rule 6007 of the Federal Rules of Bankruptcy Procedure and Miss. Bankr. L. R. 6007-1, Derek A. Henderson, the duly appointed Chapter 7 Trustee for the bankruptcy estate of Chance Dustin Sims, provides this Notice of Trustee's Proposed Abandonment. The Debtor owned real property located at 1405 Rue Versailles, Gautier, MS 39553. The property is of inconsequential value or benefit to the estate. The Trustee hereby abandons the property from the bankruptcy estate.

NOTICE IS FURTHER GIVEN that if any creditor or party-in-interest wishes to object to the abandonment, the objection must be filed in the clerk's office of the United States Bankruptcy Court for the Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, Mississippi 39501, and a copy must be served upon Derek A. Henderson, Attorney at Law, 1765-A Lelia Drive, Suite 103, Jackson, Mississippi 39216, and the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 within fourteen (14) days from the date of this Notice. If an objection is filed, the matter will be scheduled for hearing. If no objection is filed, the abandonment will be deemed to have been made by the Trustee.

DATED this the 12th day of May, 2026.

Respectfully submitted,

By:     s / Derek A. Henderson
DEREK A. HENDERSON, TRUSTEE &
ATTORNEY FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid or via the ECF Notification Service, which provides electronic notice, a true and correct copy of the above and foregoing Notice of Trustee's Proposed Abandonment to the following:

Office of United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

This the 12th day of May, 2026.

s / Derek A. Henderson
DEREK A. HENDERSON, TRUSTEE &
ATTORNEY FOR THE TRUSTEE

**DEREK A. HENDERSON, MSB #2260**
**1765-A Lelia Drive, Suite 103**
**Jackson, Mississippi 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**