**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  CHANCE DUSTIN SIMS                          CASE NO. 26-50207-KMS
      Defendant

---

GILKEY ELECTRIC SUPPLY                                         PLAINTIFF

VS.                                                      ADV. #26-50207-KMS

CHANCE DUSTIN SIMS                                             DEFENDANT

### ADVERSARY COMPLAINT

Plaintiff GILKEY ELECTRIC SUPPLY, as a creditor of Debtor, CHANCE DUSTIN SIMS who was doing business as Pulse Electric, files the following Complaint to determine non-dischargeability of debts and to object to discharge ("Complaint").

### JURISDICTION AND VENUE

1. CHANCE DUSTIN SIMS ("Defendant") filed his voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on February 9, 2026 in the Southern District of Mississippi.

2. This Court has jurisdiction over this adversary proceeding (the "Adversary Proceeding") pursuant to 28 U.S.C. §§ 157 and 1334.

3. This Adversary Proceeding is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (I), and (O).

4. This Adversary Proceeding is brought pursuant to § 523 of the Bankruptcy Code and Rule 4007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

5. Venue lies in this Court under 28 U.S.C. §§ 1408 and 1409(a).