MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:  Chance Dustin Sims _____

Case No.: 26-50207-KMS _____

_____
*Debtor(s)*

Chapter: 7___

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Renasant Bank _____ , a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Renasant Bank is a wholly owned subsidiary of Renasant Corp. Renasant Corp. has two shareholders which own 10% of more of the corporation's equity interest, Blackrock Inc. and Vanguard Group Inc.

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: June 4, 2026

/s/ Eric C. Miller _____
Attorney Signature

William Savage                            #105785
Eric Miller _____          #102327 _____
Attorney Name                            State Bar Number

LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Address

Flowood, MS 39232 _____
City, State, and Zip Code

(601) 981-9299 _____      logsecf@logs.com _____
Telephone Number          Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**