United States Bankruptcy Court

Southern District of Mississippi

In re:

Chance Dustin Sims
    Debtor

Case No. 26-50207-KMS

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6

Date Rcvd: Jun 04, 2026

User: mssbad

Form ID: pdf012

Page 1 of 2

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID            Recipient Name and Address**
db              +  Chance Dustin Sims, 440 Old Hwy 15 S, Ellisville, MS 39437-4479

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

**Name                    Email Address**

Charles F. F. Barbour
                        on behalf of Creditor Farm Bureau Bank cbarbour@blswlaw.com

Derek A Henderson T1
                        trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Derek A Henderson T1
                        on behalf of Trustee Derek A Henderson T1 trustee@derekhendersonlaw.com
                        dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Donald W. Medley
                        on behalf of Plaintiff Gilkey Electric Supply medleylaw@bellsouth.net
                        office@medleylawgroup.com;PLG@medleylawgroup.com;paralegal@MedleyLawGroup.com

Eric C Miller
                        on behalf of Creditor Renasant Bank logsecf@logs.com

Jacob C Zweig

District/off: 0538-6                    User: mssbad                              Page 2 of 2
Date Rcvd: Jun 04, 2026                 Form ID: pdf012                        Total Noticed: 1

    on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com

James P Wilson, Jr.
    on behalf of Creditor Renasant Bank jwilson@mitchellmcnutt.com  katelyn.gilliam@mitchellmcnutt.com

Lillous Ann Shoemaker
    on behalf of Creditor CHANCELLOR  INC. lshoemaker@msb-ms.com, shoelaw@bayspringstel.net

Robert Alan Byrd
    on behalf of Creditor First State Bank rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Chance Dustin Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11



**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: June 4, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**CHANCE DUSTIN SIMS**                          **CASE NO. 26-50207 KMS**

**DEBTOR .**                                                   **CHAPTER 7**

### ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by Renasant Bank (the "Motion") (Dkt. #52) in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that any stay provided by 11 U.S.C. §362 is hereby extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##