

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI (Gulfport)

**IN RE:   CHANCE D. SIMS**                                   **CASE NO. 26-50207-KMS**
                                                                          **Chapter 7**

---

### DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY FROM DEBTOR'S ESTATE [DKT. 37]

This matter is before the Court on the motion of ("Renasant Bank" or "Movant") for Relief from the Automatic Stay and for Abandonment of Property from Debtor's Estate (the "Motion") [DKT. 37].  Movant represented to the Court that it served the Motion on the Debtor, Chance D. Sims ("Debtor"), in accordance with all applicable rules.  No timely response to the Motion was filed.  Accordingly, the Motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Renasant is granted relief from the automatic stay of 11 U.S.C. § 362 as to one (1) 2022 Kioti Mechron 2240 serial number AD1UW22CVM20C0479, one (1) 2023 Polaris General G23GMP99AH vehicle identification number 3NSGMP995PM454831, one (1) 2024 Ram 1500 Classic Tradesman vehicle identification number 1C6RR6FG0RS13870, one (1) 2020 Kioti Tractor serial number WP9400263 ("Collateral") and same is abandoned from the Debtor's estate as

40634855

contemplated by 11 U.S.C. § 554.

## END OF ORDER #

THIS ORDER PREPARED BY:

JAMES P. WILSON, JR. (MSB 10783)
MITCHELL, MCNUTT & SAMS
215 5th Street North
Post Office Box 1366
Columbus, Mississippi 39703-1366
Telephone: 662.328.2316
Facsimile: 662.328.8035
jwilson@mitchellmcnutt.com
*Attorney for Renasant Bank*

40634855