United States Bankruptcy Court

Southern District of Mississippi

In re:

Chance Dustin Sims

     Debtor

Case No. 26-50207-KMS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chance Dustin Sims, 440 Old Hwy 15 S, Ellisville, MS 39437-4479 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Farm Bureau Bank cbarbour@blswlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Derek A Henderson T1 | on behalf of Trustee Derek A Henderson T1 trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Donald W. Medley | on behalf of Plaintiff Gilkey Electric Supply medleylaw@bellsouth.net office@medleylawgroup.com;PLG@medleylawgroup.com;paralegal@MedleyLawGroup.com |
| Eric C Miller | on behalf of Creditor Renasant Bank logsecf@logs.com |
| Jacob C Zweig | |

District/off: 0538-6                     User: mssbad                         Page 2 of 2
Date Rcvd: Jun 08, 2026                  Form ID: pdf012                      Total Noticed: 1

               on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com

James P Wilson, Jr.
               on behalf of Creditor Renasant Bank jwilson@mitchellmcnutt.com  katelyn.gilliam@mitchellmcnutt.com

Lillous Ann Shoemaker
               on behalf of Creditor CHANCELLOR  INC. lshoemaker@msb-ms.com, shoelaw@bayspringstel.net

Robert Alan Byrd
               on behalf of Creditor First State Bank rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
               on behalf of Debtor Chance Dustin Sims trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
               USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

_____

**SO ORDERED,**





**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI (Gulfport)

**IN RE:   CHANCE D. SIMS**                          **CASE NO. 26-50207-KMS**
                                                              **Chapter 7**

---

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND FOR**
**ABANDONMENT OF PROPERTY**
**FROM DEBTOR'S ESTATE [DKT. 37]**

---

This matter is before the Court on the motion of ("Renasant Bank" or "Movant") for

Relief from the Automatic Stay and for Abandonment of Property from Debtor's Estate (the

"Motion") [DKT. 37].  Movant represented to the Court that it served the Motion on the

Debtor, Chance D. Sims ("Debtor"), in accordance with all applicable rules.  No timely

response to the Motion was filed.  Accordingly, the Motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Renasant is granted relief

from the automatic stay of 11 U.S.C. § 362 as to one (1) 2022 Kioti Mechron 2240 serial

number AD1UW22CVM20C0479, one (1) 2023 Polaris General G23GMP99AH vehicle

identification number 3NSGMP995PM454831, one (1) 2024 Ram 1500 Classic Tradesman

vehicle identification number 1C6RR6FG0RS13870, one (1) 2020 Kioti Tractor serial

number WP9400263 ("Collateral") and same is abandoned from the Debtor's estate as

40634855

contemplated by 11 U.S.C. § 554.

## END OF ORDER #

THIS ORDER PREPARED BY:

JAMES P. WILSON, JR. (MSB 10783)
MITCHELL, MCNUTT & SAMS
215 5th Street North
Post Office Box 1366
Columbus, Mississippi 39703-1366
Telephone: 662.328.2316
Facsimile: 662.328.8035
jwilson@mitchellmcnutt.com
*Attorney for Renasant Bank*

40634855