# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50207     **Case Name:** Chance Dustin Sims

**Set:** 07/16/2026 09:30 am   **Chapter:** 7   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 1405 Rue Versailles, Gautier, MS 39553. ., in addition to Motion to Compel Abandonment .  Filed by Creditor Renasant Bank  (Dkt. #52)

---

Minute Entry Re: (related document(s): [52] Motion for Relief From Stay filed by Renasant Bank) A no response order has been submitted by Miller. Tickle for date: 07/23/2026. Hearing removed. (mcc)