_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT-6 DIVISION

IN RE:  CHANCE DUSTIN SIMS, DEBTOR

CHAPTER 7 PROCEEDING
CASE NO. 26-50207 KMS

ORDER GRANTING RELIEF FROM AUTOMATIC STAY
DOCKET NO.   52

THIS CAUSE came on for consideration on the motion to lift automatic stay filed by

Renasant Bank, and the Court finds that the Debtor, Chance Dustin Sims, has failed to respond to

plaintiff's Motion.

IT IS ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C.

362 be modified to allow Renasant Bank to pursue all remedies available to it under the

applicable state law against Debtor's property described as follows:

Lot 127 LaVille de Courmont Subdivision, situated in the East 1/2 of the SE 1/4 of Section 24, Township 7 South, Range 7 West, and in Claim Section 7, Township 7 South, Range 6 West, Jackson County, Mississippi, as per plat thereof recorded in Plat Book 14 at Page 231, Records of Plats of Jackson County, Mississippi. Being the same property conveyed to Chance Sims by Deed from US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust recorded simultaneously herewith in the ROD office of Jackson County, MS.

and being subject to that Deed of Trust recorded in the office of the Jackson County Chancery

Clerk's office in Book 4002 at Page 600 Instrument No. 202312637.  Entry of this order shall

constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the

Federal Rules of Civil Procedure and shall be applicable to any subsequent Debtor conversion of

this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the

hereinabove described property from the estate pursuant to 11 U.S.C. §554(b).

**##END OF ORDER##**

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 26-50207 KMS