United States Bankruptcy Court

Southern District of Mississippi

In re:

Chance Dustin Sims

    Debtor

Case No. 26-50207-KMS

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 10, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Chance Dustin Sims, 440 Old Hwy 15 S, Ellisville, MS 39437-4479

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Farm Bureau Bank cbarbour@blswlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Derek A Henderson T1 | on behalf of Trustee Derek A Henderson T1 trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Donald W. Medley | on behalf of Plaintiff Gilkey Electric Supply medleylaw@bellsouth.net office@medleylawgroup.com;PLG@medleylawgroup.com;paralegal@MedleyLawGroup.com |
| Eric C Miller | on behalf of Creditor Renasant Bank logsecf@logs.com |
| Jacob C Zweig | |

District/off: 0538-6                          User: mssbad                          Page 2 of 2
Date Rcvd: Jul 10, 2026                       Form ID: pdf012                       Total Noticed: 1

                                  on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com

James P Wilson, Jr.
                                  on behalf of Creditor Renasant Bank jwilson@mitchellmcnutt.com  katelyn.gilliam@mitchellmcnutt.com

Lillous Ann Shoemaker
                                  on behalf of Creditor CHANCELLOR  INC. lshoemaker@msb-ms.com, shoelaw@bayspringstel.net

Robert Alan Byrd
                                  on behalf of Creditor First State Bank rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
                                  on behalf of Debtor Chance Dustin Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                                  USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
GULFPORT-6 **DIVISION**

IN RE:  CHANCE DUSTIN SIMS, DEBTOR

CHAPTER 7 PROCEEDING
CASE NO. 26-50207 KMS

ORDER GRANTING RELIEF FROM AUTOMATIC STAY
DOCKET NO. __52_____

THIS CAUSE came on for consideration on the motion to lift automatic stay filed by

Renasant Bank, and the Court finds that the Debtor, Chance Dustin Sims, has failed to respond to

plaintiff's Motion.

IT IS ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C.

362 be modified to allow Renasant Bank to pursue all remedies available to it under the

applicable state law against Debtor's property described as follows:

Lot 127 LaVille de Courmont Subdivision, situated in the East 1/2 of the SE 1/4 of Section 24, Township 7 South, Range 7 West, and in Claim Section 7, Township 7 South, Range 6 West, Jackson County, Mississippi, as per plat thereof recorded in Plat Book 14 at Page 231, Records of Plats of Jackson County, Mississippi. Being the same property conveyed to Chance Sims by Deed from US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust recorded simultaneously herewith in the ROD office of Jackson County,MS.

and being subject to that Deed of Trust recorded in the office of the Jackson County Chancery

Clerk's office in Book 4002 at Page 600 Instrument No. 202312637.  Entry of this order shall

constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the

Federal Rules of Civil Procedure and shall be applicable to any subsequent Debtor conversion of

this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the

hereinabove described property from the estate pursuant to 11 U.S.C. §554(b).

**##END OF ORDER##**

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 26-50207 KMS