United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50207-KMS
Chance Dustin Sims Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 4
Date Rcvd: Sep 01, 2026 Form ID: 318 Total Noticed: 63

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Chance Dustin Sims, 440 Old Hwy 15 S, Ellisville, MS 39437-4479 |
| cr | + | CHANCELLOR, INC., 417 N. 13th Ave., Laurel, MS, UNITED STATES 39440-3822 |
| cr | + | First State Bank, c/o Byrd & Wiser, P.O. Box 1939, Biloxi, MS 39533-1939 |
| cr | + | Renasant Bank, c/o James P. Wilson, Jr., Post Office Box 1366, Columbus, MS 39703-1366 |
| 5621922 | + | Abercrombie Undergroun, 304 N 2nd St, Lumberton, MS 39455-2508 |
| 5621923 | + | Alan Cooper, 18219 Grove Brook Ln, Cypress, TX 77429-4993 |
| 5621924 | + | Alexis Eddy, 977 Springhill Rd, Laurel, MS 39443-8980 |
| 5621927 | + | CED Houston, PO Box 206839, Dallas, TX 75320-6839 |
| 5661073 | + | CHANCELLOR, INC., Lillous A. Shoemaker, P.O. Box 485, Bay Springs, MS 39422-0485 |
| 5628077 | + | COBURN SUPPLY COMPANY, P.O. BOX 669259, DALLAS, TX 75266-9259 |
| 5621928 | + | Cenlar Mortgage, 1500 Vandiver Dr, Columbia, MO 65202-3932 |
| 5621929 | + | Chancellor Inc, 1228 W 5th St, Laurel, MS 39440-3808 |
| 5621932 | + | Coburn Supply Co, PO BOX 99001, Denham Springs, LA 70727-9001 |
| 5621938 | + | First State Bank, P.O. Box 506, Waynesboro, MS 39367-0506 |
| 5621939 | + | Gilkey Electric, 1300 W Pine St, Hattiesburg, MS 39401-6338 |
| 5661115 | + | Gilkey Electrical Supply Company, Inc, c/o Donald W. Medley, 902 West Pine St, Hattiesburg MS 39401-4262 |
| 5621940 | + | Gin Creek Publishing, 318 N Magnolia St, Laurel, MS 39440-3932 |
| 5621942 | + | Hoda Generators, 640 Big Creek Rd, Lumberton, MS 39455-5856 |
| 5625415 | + | Jacob C Zweig, Esq., Evans Petree, Atty for TD Bank NA successor in interes, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 5621945 | + | Kyle Taylor, 28 Taylors Cir, Laurel, MS 39443-9515 |
| 5621947 | + | McKenzie Rozek, 368 County Home Rd, Ellisville, MS 39437-8450 |
| 5621949 | + | Parrot Surety Services, 1710 N Douglas Dr, Minneapolis, MN 55422-4327 |
| 5621950 | + | Progressive Tech, 3750 Old Getwell, Memphis, TN 38118-6032 |
| 5621951 | + | Pulse Electric, LLC, 250 Victory Rd, Laurel, MS 39443-9569 |
| 5621952 | + | Rebel Sound, PO Box 935434, Atlanta, GA 31193-5434 |
| 5621953 | | Renasant Bank, 6480 Hwy 98 W, Hattiesburg, MS 39402 |
| 5621954 | + | Renasant Bank, 411 Hwy 80 E, Clinton, MS 39056-4719 |
| 5621955 | + | Rent All of Laurel, 1518 Bush Dairy Rd, Laurel, MS 39440-1313 |
| 5629663 | + | Robert Alan Byrd, Esq., Atty for First State Bank, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5621956 | + | Samson Services, 17 State St, Ste 630, New York, NY 10004-1749 |
| 5621958 | + | Taylor Construction, 28 Taylors Cir, Laurel, MS 39443-9515 |
| 5621959 | + | Taylor Dearman, 46 Lake Como Rd, Laurel, MS 39443-8753 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Sep 02 2026 00:16:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: AISACG.COM | Sep 02 2026 00:16:00 | Ford Motor Credit Company LLC, c/o AIS |

| | | | | |
|---|---|---|---|---|
| | | | | Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Sep 02 2026 00:16:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncnoticing@evanspetree.com | Sep 01 2026 20:24:00 | TD Bank, N.A., successor in interest to TD Auto Fi, 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120, UNITED STATES 38120-1445 |
| 5638647 | | Email/PDF: bncnotices@becket-lee.com | Sep 01 2026 20:25:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5621925 | + | Email/PDF: bncnotices@becket-lee.com | Sep 01 2026 20:25:23 | Amex, Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5621926 | + | EDI: CAPITALONE.COM | Sep 02 2026 00:16:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5639055 | + | EDI: AIS.COM | Sep 02 2026 00:16:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5621930 | + | EDI: JPMORGANCHASE | Sep 02 2026 00:16:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5621931 | + | EDI: CITICORP | Sep 02 2026 00:16:00 | Citibank, Attn: Bankruptcy Dept, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5648719 | | EDI: CITICORP | Sep 02 2026 00:16:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5621933 | + | Email/Text: jake.hughes@communitybank.net | Sep 01 2026 20:25:00 | Community Bank, PO Box 59, Forest, MS 39074-0059 |
| 5621934 | | EDI: DISCOVER | Sep 02 2026 00:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5621935 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Sep 01 2026 20:25:00 | DLL Finance LLC, Attn: Bankruptcy, 8001 Birchwood Ct, Po Box 2000, Johnston, IA 50131-0020 |
| 5621936 | + | Email/Text: bankruptcy@farmbureaubank.com | Sep 01 2026 20:25:00 | Farm Bureau Bank, Attn: Bankruptcy Dept, P.O. Box 33427, San Antonio, TX 78265-3427 |
| 5621937 | | Email/Text: crdept@na.firstsource.com | Sep 01 2026 20:25:00 | First Source Advantage, P.O. Box 628, Buffalo, NY 14240-0628 |
| 5623828 | + | EDI: AISACG.COM | Sep 02 2026 00:16:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5623753 | + | EDI: AISACG.COM | Sep 02 2026 00:16:00 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5621941 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 01 2026 20:25:00 | Harley Davidson Fin, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5621944 | + | Email/Text: ebone.woods@usdoj.gov | Sep 01 2026 20:24:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5621943 | | EDI: IRS.COM | Sep 02 2026 00:16:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5637008 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 01 2026 20:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5621946 | + | Email/Text: EBNBKNOT@ford.com | Sep 01 2026 20:25:00 | Lincoln Automotive Fin, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5652202 | | Email/Text: sheri@masinc.org | Sep 01 2026 20:24:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5621948 | | EDI: MSDOR | | |

| | | | |
|---|---|---|---|
| | | Sep 02 2026 00:16:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5621957 | + Email/Text: Bankruptcy@SunbeltRentals.com | Sep 01 2026 20:24:00 | Sunbelt Rentals, P. O. Box 409211, Atlanta, GA 30384-9211 |
| 5621960 | + EDI: LCITDAUTO | Sep 02 2026 00:16:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5621961 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 01 2026 20:24:00 | Toyota Financial Serv, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5621962 | ^ MEBN | Sep 01 2026 20:21:04 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5621963 | + EDI: WFAUTO | Sep 02 2026 00:16:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 5649732 | + EDI: WFDFV | Sep 02 2026 00:16:00 | Wells Fargo Vendor Financial Services LLC, 801 Walnut Street, MAC F0006-052, Des Moines, IA 50309-3606 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Farm Bureau Bank |
| aty | *+ | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5638649 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5679612 | ##+ | Eric C. Miller, Esq., LOGS Legal Group, LLP, For Renasant Bank, 579 Lakeland East Drive Suite D, Flowood MS 39232-9037 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Farm Bureau Bank cbarbour@blswlaw.com |
| Derek A Henderson T1 | on behalf of Trustee Derek A Henderson T1 trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Donald W. Medley | |

| | |
|---|---|
| | on behalf of Plaintiff Gilkey Electric Supply medleylaw@bellsouth.net office@medleylawgroup.com;PLG@medleylawgroup.com;paralegal@MedleyLawGroup.com |
| Eric C Miller | on behalf of Creditor Renasant Bank logsecf@logs.com |
| Jacob C Zweig | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| James P Wilson, Jr. | on behalf of Creditor Renasant Bank jwilson@mitchellmcnutt.com katelyn.gilliam@mitchellmcnutt.com |
| Lillous Ann Shoemaker | on behalf of Creditor CHANCELLOR INC. lshoemaker@msb-ms.com, shoelaw@bayspringstel.net |
| Robert Alan Byrd | on behalf of Creditor First State Bank rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Chance Dustin Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 11

***Information to identify the case:***

Debtor 1 **Chance Dustin Sims** Social Security number or ITIN **xxx–xx–4040**
First Name Middle Name Last Name EIN _ _–_ _ _ _ _ _ _

Debtor 2 Social Security number or ITIN _ _ _ _
(Spouse, if filing) First Name Middle Name Last Name EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–50207–KMS**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Chance Dustin Sims**

Dated: 9/1/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**